

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PTH:RMP
F. #2020R00153

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 8, 2020

<u>By ECF</u>

The Honorable Roanne L. Mann
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                    Re: United States v. Paul Belloisi
                         <u>Docket No. 20-MJ-119</u>

Dear Judge Mann:

        On May 21, 2020, the government submitted a letter, with the consent of the defendant, seeking an order granting an exclusion of time within which an indictment must be filed (ECF No. 8).  That same day, the duty magistrate granted the request and entered the order in the interest of justice (ECF No. 9).  The government's letter stated that logistical challenges had delayed counsel's ability to obtain the defendant's signature and transmit a signed document reflecting the defendant's consent, but that the parties would file the signed document as soon as practicable.  In fulfillment of that representation, the signed document is attached to this letter.  No further action of the Court is requested at this time.

                                        Respectfully submitted,

                                        RICHARD P. DONOGHUE
                                        United States Attorney

                    By:      /s/
                                        Robert M. Pollack
                                        Assistant U.S. Attorney
                                        (718) 254-6232

cc:     Clerk of Court (by ECF)
        Counsel of Record (by ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

      -against-

PAUL BELLOISI

                    Defendant.
- - - - - - - - - - - - - - - - - - - X

**APPLICATION AND ORDER
OF EXCLUDABLE DELAY**

20-M-119

      The United States of America and the defendant <u>Paul Belloisi</u>
hereby jointly request that the time period from <u>May 19, 2020</u> to <u>June 19, 2020</u>
be excluded in computing the time within which an information or indictment must be filed.
The parties seek the foregoing exclusion of time in order because

      ☒      they are engaged in plea negotiations, which they believe are likely to result in
a disposition of this case without trial, and they require an exclusion of time in order to focus
efforts on plea negotiations without the risk that they would not, despite their diligence, have
reasonable time for effective preparation for trial,

      ☐      they need additional time to investigate and prepare for trial due to the
complexity of the case,

      ☐      other:

      This is the <u>second</u> application for entry of an order of excludable delay. The
defendant was arrested on <u>February 4, 2020</u> and released on <u>February 5, 2020</u>.

_____
Robert M. Pollack
*Assistant U.S. Attorney*

_____
David Besso
*Counsel for Defendant*

*For defendant to read, review with counsel, and acknowledge:*

      I understand that federal law generally provides that I have a right to have formal
charges lodged against me within thirty days of my arrest and a right to a trial on those
charges within seventy days after formal charges have been lodged. I further understand that
I do not have to consent to the exclusion of time sought in this application and that, by
consenting to entry of this order, the date on which formal charges must be lodged will be
delayed and the date for the commencement of any trial on those charges will likely be
delayed as well. I also understand that if formal charges are not brought against me within
the time required by law, I may seek relief from the court, and that this relief might include
dismissal of the complaint now pending against me.

I have reviewed this application, as well as the order annexed below, and have
discussed the question of whether I should consent to entry of an order of excludable delay
carefully with my attorney. I consent to the entry of the order voluntarily and of my own
free will. I have not been threatened or coerced for my consent.

5/21/2020
Date

Paul Belloisi
*Defendant*

*For Defendant's Counsel to read and acknowledge:*

I certify that I have reviewed this application and the attached order carefully with my
client. I further certify that I have discussed with my client a defendant's right to speedy
indictment and the question of whether to consent to entry of an order of excludable delay. I
am satisfied that my client understands the contents of this application and the attached
order, that my client consents to the entry of the order voluntarily and of his or her own free
will, and that my client has not been threatened or coerced for consent.

David Besso
*Counsel for Defendant*

## ORDER OF EXCLUDABLE DELAY

Upon the joint application of the United States of America and defendant,
Paul Belloisi          , and with the express written consent of the defendant, the time
period    May 19, 2020    to    June 19, 2020    is hereby excluded in computing the time
within which an information or indictment must be filed, as the Court finds that this
exclusion of time serves the ends of justice and outweighs the best interests of the public and
the defendant in a speedy trial because

☐    given the reasonable likelihood that ongoing plea negotiations will result in a
disposition of this case without trial, the exclusion of time will allow all counsel to focus
their efforts on plea negotiations without the risk that they would be denied the reasonable
time necessary for effective preparation for trial, taking into account the exercise of due
diligence.

☐    additional time is needed to prepare for trial due to the complexity of case.

☐    other: _____

## SO ORDERED.

**Dated:**  Brooklyn, New York
_____, 20___

Hon. Steven M. Gold
United States Magistrate Judge