# EXHIBIT 2

**AA 366 Departing JFK on    04Feb2020**

| | | | | |
|---|---|---|---|---|
| Status: | Successfully flown | | | |
| Departure From: | JFK | Arrival To: | SAN | |
| Schedule Departure Time: | 20:00 | Schedule Arrival Time: | 23:34 | |
| Actual Departure Time: | 19:56 | Actual Arrival Time: | 22:59 | |
| Departure Gate: | 7 | Arrival Gate: | 33 | **Bag Claim:** 1 |
| Departure Gate Change Time: | | Arrival Gate Change Time: | | |
| Taxi Out: | 18 | Taxi In: | 4 | |
| Aircraft Number: | 3BG | Aircraft Type: | 737 | |

JFK  /JFK    55LJ 04FEB 1832 6753EF GF366/04FEB/BOARDING

BELLOISI_00034