# Exhibit A

(video file submitted under separate cover)