

U.S. Department of Justice

United States Attorney
*Eastern District of New York*

RMP  
F. #2020R00153

*271 Cadman Plaza East*  
*Brooklyn, New York 11201*

August 17, 2022

By ECF

The Honorable Dora L. Irizarry  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

        Re:    United States v. Paul Belloisi  
                  Criminal Docket No. 20-219 (DLI)

Dear Judge Irizarry:

        The government respectfully submits this letter and the attached documents pursuant to the Court's August 15, 2022 Order directing the parties to file the suppression hearing transcripts and exhibits that were cited in post-hearing briefs. Attached to this letter are the following:

        (1) transcript of testimony of Special Agent John Moloney (Tr. 19–104);  
        (2) transcript of testimony of Special Agent Sean Gabay (Tr. 108–52);  
        (3) transcript of testimony of Officer Michael Robinson (Tr. 162–214);  
        (4) Government Exhibit 1 (Miranda form);  
        (5) Government Exhibit 2 (Moloney notes);  
        (6) Government Exhibit 3 (search consent form);  
        (7) Government Exhibit 3500-JM-4, page 8 (only the single page is discussed in the parties' briefs; the remainder of the document, which was not admitted into evidence at the hearing, was produced to defense counsel and the Court as 3500 material for John Moloney and contains personally identifying and other information not relevant to the motion or cited in the briefs);  
        (8) Government Exhibit 3500-JM-10, page 1 (only the single page is referenced in the government's brief; the remainder of the document, which was not admitted into evidence at the hearing, was produced to defense counsel and the Court as

2

    3500 material for John Moloney and contains personally identifying and other information not relevant to the motion or cited in the briefs).

              Respectfully submitted,

              BREON PEACE
              United States Attorney

      By:  /s/
              Robert M. Pollack
              Assistant U.S. Attorney
              (718) 254-6232

Attachments

cc: Clerk of the Court (DLI) (by ECF)
   Counsel of record (by ECF and E-Mail)