GOVERNMENT EXHIBIT 2
US v. Belloisi, 20-CR-219 (DLI)

02/04/2020

Interview of Paul Belloisi

AA Mechanic

2025 hours

S/A John Moloney

S/A Sean Gabay

At 2027 hours, ∆ was read his Miranda rights. ∆ said he understood his rights, read them and stated ∆ would speak to agents without an attorney present but would not sign the Miranda form.

∆ stated he works for American Airlines as an aircraft mechanic for 30 years, 27 of them at JFK Airport.

∆ stated his work schedule consists of Mon-Friday, 2:00pm to 10:30pm.

∆ stated that today he was assigned to work at "Spot 1" from 2:00pm until 10:30pm.

∆ was working on planes that were grounded, not at the gate and not flying out.

∆ stated he was not assigned to this aircraft but came here because he was hungry and he saw the Sky Chef truck near the plane.

∆ said he came to this plane a little before anyone boarded the aircraft.

∆ STATED HE WENT TO THE GALLEY OF THE PLANE TO GET SOMETHING TO EAT.

∆ ATE A BAG OF CHIPS AND DRANK A SODA ON THE PLANE.

∆ STATED HE WAS THE ONLY ONE ON THE PLANE AT THIS TIME.

∆ NOTICED IT WAS VERY WARM ON THE PLANE SO HE TURNED ON THE AIR CONDITIONING (AC).

∆ NOTICED THAT ONE OF THE AC PAC UNITS WAS NOT WORKING PROPERLY SO HE WENT INTO THE COCKPIT TO TURN THE SWITCH TO TROUBLE SHOOT THE PROBLEM.

∆ STATED AFTER DOING SO HE SAW A LIGHT COME ON SO HE DECIDED TO GO UNDERNEATH THE AIRCRAFT TO RESET THE AC AND FIX THE PROBLEM.

∆ STATED HE WENT UNDERNEATH THE AIRCRAFT AND DID FLIP THE SWITCH TO FIX THE AC, BUT ALSO NOTICED AN INSULATION BLANKET TAPED TO THE SIDE.

∆ STATED HE TOUCHED THE INSULATION AND FELT SOMETHING BEHIND IT.

∆ STATED HE LIFTED PART OF THE INSULATION BLANKET BUT DID NOT EXACTLY SEE WHAT WAS BEHIND IT.

∆ STATED HE WAS NERVOUS WHEN HE CAME OUT OF THE AIRCRAFT BECAUSE HE SAW CUSTOMS OFFICERS.

∆ STATED THE REASON WHY HE FELT NERVOUS IS BECAUSE HE ASSUMED IT WAS DRUGS BEHIND THE BLANKET

AT APPROXIMATELY 2300 HOURS ∆ STATED HE WANTED TO SPEAK WITH AN ATTORNEY.

AT THIS TIME AGENTS STOPPED QUESTIONING.

AT APPROXIMATELY 0030 HOURS AGENTS ASKED ∆ FOR AN EMERGENCY CONTACT FOR THE US 312 FORM.

∆ STATED HIS WIFE'S CELL PHONE # IS IN HIS PHONE.

AGENTS ASKED ∆ TO OPEN HIS PHONE TO RETRIEVE THE #.

∆ told AGENTS IT IS UNLOCKED AND THAT AGENTS CAN LOOK IN HIS PHONE.

AGENTS ASKED ∆ TO SIGN A CONSENT TO SEARCH FORM, AT WHICH POINT ∆ STATED YOU CAN LOOK AT MY PHONE, I HAVE NOTHING TO HIDE, BUT REFUSED TO SIGN THE FORM.