


# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/24/2020 10:27 EST    Page 8 of 9

## Narrative

On February 04, 2020, approximately 1530hrs the JFK A-TCET AST CBPO Morrelli along with CBPO Robinson targeted American Airlines flight# 1349 from Montego Bay (MBJ), Jamaica for an inbound enforcement exam at Terminal 8, Gate 7. During the offload of the baggage, CBPO Robinson began searching the external panels of aircraft US Registration/ Tail# N930AN. CBPO Robinson then searched the main avionics compartment and discovered ten bricks shape objects, suspected to be contraband concealed behind the insulation blanket (port side) of the avionics compartment. CBPO's Robinson and Morrelli extracted the suspected contraband and initiated surveillance along with HSI Agents. At approximately 1940hrs, ATCET CBPOs Morrelli and Robinson observed an American Airlines mechanic entering the avionics compartment. CBPO's Morrelli and Robinson then left the observation area and drove to the aircraft along with SCBPO Cambry, SCBPO Wolfe and (A) DC Sferrazza along with the HSI agents. CBPO Morrelli and Robinson then exited their vehicle and approached the entry hatch of the avionics compartment. One male subject was then observed (Paul Belloisi) readjusting and securing the insulation blanket by CBPO Robinson which had formerly concealed the suspected contraband. As the subject Paul Belloisi started to exit the compartment, CBPO Robinson backed away from the avionics compartment entry hatch to allow the subject to exit. Subject was then confronted by CBPO Robinson and the subject Paul Belloisi was then advised that he was being detained for questioning by HSI. Subject stated that, as he was stealing some foods from the galley area, he noticed that the temperature inside the aircraft cabin was moderately warmer than usual. As he was exiting the aircraft from the front galley area next to the flight deck, he noticed a warning light inside the flight deck indicating that the air conditioner PACK (a unit that produces hot/cold air for the inside of the aircraft cabin area) had a malfunction. Subject stated that he then proceeded downstairs inside the avionics compartment area to rectify the air conditioner problem. In addition, subject stated that while he was inside the compartment he noticed the tape (290FR Flame Retardant Fiberglass Cloth Tape) on the insulation blanket in which the narcotics were cover under was disturbed and he patted the tape down in place. Subsequently, SCBPO Cambry and CBPO MacKesy walked inside the American Airlines (AA) Aircraft Maintenance Office and spoke with the AA Line maintenance shift managers Guerra, Philip and over the phone with the AA Maintenance Hanger shift manager Gordon, Norman. Both managers stated that, Paul Belloisi was neither assigned to work on that gate (Gate 7) nor the aforementioned aircraft. They stated that, Paul Belloisi's assignment was in "SPOT 1", which is a hardstand parking lot for the aircrafts located on the other side of the Terminal 8, next to gate 16. Subject's bio information was then forwarded to JFK S.H.I.E.L.D. Unit for analysis. Subject's JFK Port Authority ID card # 6440955992 Expire 09/10/2020 was not endorse with the U.S. Customs Seal which allows him to work and have access in the Customs Regulated security area at the airport which includes Gate 7. HSI Special Agent Moloney (on-site) along with S/A Gabay took custody of the subject Paul Belloisi and transported him to Joint Narcotics Smuggling Unit (JNSU). After further investigation and questioning by HSI, the subject Paul Belloisi was placed under arrest at approximately 2348 hrs. Subject Paul Belloisi was in possession one pair of gloves, one American Airlines outer shell jacket/parker which had cutouts on both sides of the inside of the lining, (a method commonly used by narcotic smugglers to conceal/ retrieve contraband form aircrafts. see attached pictures), one Apple iPhone 8, and $28.02 in U.S. Dollars. PLEASE SEE THE PRINTED CONTINUATION OF NARRATIVE INSIDE SEIZURE PACKAGE.

**GOVERNMENT EXHIBIT**
**3500-JM-4**
20-CR-219 (DLI)

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| JK13CE20JK0017 | Seizure of 11.594 kg cocaine/ AA 1349 | Not Specified | 2/21/2020 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.