On February 04, 2020, the JFK A-TCET AST CBPO Morrelli along with CBPO Robinson targeted American Airlines flight# 1349 from Montego Bay, Jamiaca for an inbound enforcement exam at Terminal 8. During the offload of the baggage, CBPO Robinson began searching the external aircraft panels of aircraft Tail#N930AN. CBPO Robinson then searched the main avionics compartment and discovered ten bricks of cocaine concealed behind the insulation blanket (port side) of the avionics compartment. CBPO's Robinson and Morrelli extracted the suspected contraband and initiated surveillance along with HSI Agents. At approximately 1940hrs, ATCET CBPOs Morrelli and Robinson observed an American Airlines mechanic entering the avionics compartment. CBPO's Morrelli and Robinson then left the observation area and drove to the aircraft along with SCBPO Cambry and (A)DC Sferrazza. CBPO Morrelli and Robinson then exited their vehicle and approached the entry hatch of the avionics compartment. One male subject was then observed (Paul Belloisi) readjusting and securing the insulation blanket by CBPO Robinson which had formerly concealed the suspected contraband. As the subject Paul Belloisi started to exit the compartment, CBPO Robinson backed away from the avionics compartment entry hatch to allow the subject to exit. Subject was then confronted by CBPO Robinson and the Subject Paul Belloisi was then advised that he was being detained for questioning by HSI. Subject's bio information was then forwarded to JFK S.H.I.E.LD. Unit for analysis. HSI Special Agent Moloney (on-site) along with S/A Gabay took custody of the subject Paul Belloisi and transported him to Joint Narcotics Smuggling Unit (JNSU). After further investigation and questioning by HSI, the subject Paul Belloisi was placed under arrest at approximately 2348 hrs. Subject Paul Belloisi was in possession one pair of gloves, one American Airlines jacket (Inside lining cutout commonly done to conceal contraband), one Apple iPhone 8, and $28.02 in U.S. Dollars. The suspected narcotics was then field tested utilizing the Gemini (Thermo Scientific) with positive results for cocaine. SCBPO Cambry (on-site) was then notified and ordered the cocaine seized. In sum, a total of 11.594 kgs (25.560 Lbs) of cocaine was seized and one male American Airlines mechanic arrested by HSI. The narcotics, subject and all evidence were then turned over to Homeland Security Investigations via CBP Chain of Custodies numbered 7823934, 7296110, 7017956, 7296104, and 7296105 sealed inside evidence bags L1598154, A1930236, A1930235, A1930234 for prosecution.



GOVERNMENT EXHIBIT
3500-JM-10
20-CR-219 (DLI)