

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MS/RMP
F. #2020R00153

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 6, 2023

By E-Mail and ECF

David J. Cohen, Esq.
Cohen Forman Barone, LLP
950 Third Avenue, 11th Floor
New York, New York 10022
david@cfblaw.com

Re: United States v. Paul Belloisi
Criminal Docket No. 20-219 (DLI)

Dear Mr. Cohen:

This letter is accompanied by a production of the government's supplemental discovery (the "Eighth Production"). The government also requests reciprocal discovery from the defendant.

I. The Government's Discovery

The following is a summary of material contained in the Eighth Production. The government may produce additional discovery materials on a rolling basis.

- Mr. Darryl Valinchus's curriculum vitae, Bates-stamped BELLOISI_000920-BELLOISI_000924.
- Mr. Brian Hall's curriculum vitae, Bates-stamped BELLOISI_000925-BELLOISI_000926.
- A copy of the certified case file from the Drug Enforcement Administration Northeast Laboratory (which includes the laboratory report previously produced, supplemented with additional technical materials), Bates-stamped BELLOISI_000927-BELLOISI_000962.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

BREON PEACE
United States Attorney

By: /s/ Robert M. Pollack
Robert M. Pollack
Margaret Schierberl
Assistant U.S. Attorneys
(718) 254-7000