RMP/MS
F. #2020R00153

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

   - against -           Criminal Docket. No. 20-CR-219 (DLI)

PAUL BELLOISI,

     Defendant.

– – – – – – – – – – – – – – – – – –X

## THE GOVERNMENT'S LIST OF 18 U.S.C. § 3500 MATERIAL

                   BREON PEACE
                   UNITED STATES ATTORNEY
                   Eastern District of New York
                   271 Cadman Plaza East
                   Brooklyn, New York 11201

Robert M. Pollack
Margaret Schierberl
Assistant U.S. Attorneys
  (Of Counsel)

| EXHIBIT | DESCRIPTION | DATE |
|---|---|---|

**Cambry, Garry**

| | | |
|---|---|---|
| 3500-GC-1 | Incident Report | February 4, 2020 |
| 3500-GC-2 | Notes | March 22, 2023 |

**Gabay, Sean**

| | | |
|---|---|---|
| 3500-SG-1 | Seizure Report | February 4, 2020 |
| 3500-SG-2 | Miranda Waiver | February 4, 2020 |
| 3500-SG-3 | Memorandum of Interview | February 18, 2022 |
| 3500-SG-4 | Notes | May 18, 2022 |
| 3500-SG-5 | Suppression Hearing Transcript | May 25, 2022 |
| 3500-SG-6 | Notes | March 28, 2023 |
| 3500-SG-7 | Notes | April 5, 2023 |

**Guarnieri, Michael**

| | | |
|---|---|---|
| 3500-MG-1 | Notes | April 4, 2023 |
| 3500-MG-2 | Notes | April 10, 2023 |

**Guerra, Philip**

| | | |
|---|---|---|
| 3500-PG-1 | Notes | March 30, 2023 |
| 3500-PG-2 | Notes | April 4, 2023 |

**LeRuth, Randall**

| | | |
|---|---|---|
| 3500-RL-1 | Screenshot | February 3, 2020 |
| 3500-RL-2 | Screenshot | February 4, 2020 |
| 3500-RL-3 | Screenshot | February 4, 2020 |

| EXHIBIT | DESCRIPTION | DATE |
|---|---|---|
| 3500-RL-4 | Notes | February 4, 2020 |
| 3500-RL-5 | Email | March 23, 2023 |
| 3500-RL-6 | Notes | March 23, 2023 |
| 3500-RL-7 | Email | March 31, 2023 |
| 3500-RL-8 | Notes | March 31, 2023 |

**Morrelli, Frank**

| | | |
|---|---|---|
| 3500-FM-1 | Incident Report | February 24, 2020 |
| 3500-FM-2 | Notes | March 21, 2023 |

**Robinson, Michael**

| | | |
|---|---|---|
| 3500-MR-1 | Incident Report | February 24, 2020 |
| 3500-MR-2 | Notes | February 11, 2022 |
| 3500-MR-3 | Notes | June 1, 2022 |
| 3500-MR-4 | Suppression Hearing Transcript | June 17, 2022 |
| 3500-MR-5 | Text Message | June 18, 2022 |
| 3500-MR-6 | Notes | March 20, 2023 |
| 3500-MR-7 | Notes | April 3, 2023 |
| 3500-MR-8 | Notes | April 10, 2023 |

**Valinchus, Darryl**

| | | |
|---|---|---|
| 3500-DV-1 | Analytical Report | April 6, 2023 |
| 3500-DV-2 | Analytical Report | April 6, 2023 |
| 3500-DV-3 | Notes | April 7, 2023 |