RMP/MS
F. #2020R00153

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

PAUL BELLOISI,

              Defendant.

- - - - - - - - - - - - - - - - - - X

Docket. No. 20-CR-219 (DLI)

## THE GOVERNMENT'S EXHIBIT LIST

BREON PEACE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

By:   Robert M. Pollack
       Margaret Schierberl
       Assistant U.S. Attorneys
          (Of Counsel)

| Exhibit # | Description |
|---|---|
| **GX** | **Physical** |
| 1 | Cocaine |
| 2 | Sham Cocaine Brick |
| 3 | Jacket |
| 4 | Gloves |
| 5 | iPhone |
| 6 | Transponder |
| 7 | Defendant SIDA Card |
| | **Stipulations (S-series)** |
| S-1 | Drug Laboratory Analysis |
| S-2 | Maps |
| S-3 | Cellphone data |
| S-4 | Translation |
| | **Documents (100-series)** |
| 101 | Aircraft maintenance log |
| 102 | Defendant security card swipe data |
| 102A | Certification |
| 103 | Defendant work assignment sheet |
| 104 | Flight data |
| 104A | Certification |
| 105 | Passenger boarding times |
| 105A | Certification |
| | |

| Exhibit # | Description |
|---|---|
| | **Photographs (200-series)** |
| 201 | Photo inside avionics compartment |
| 201A | Screenshot of metadata |
| 202 | Photo inside avionics compartment |
| 202A | Screenshot of metadata |
| 203 | Photo of avionics compartment |
| 204 | Photo of avionics compartment |
| 205 | Photo of tool bag |
| 205A | Screenshot of metadata |
| 206 | Photo of narcotics on scale |
| 207 | Photo of defendant items |
| 208 | Photo of defendant items |
| 209 | Photo of jacket |
| 210 | Photo of jacket |
| 211 | Photo of defendant |
| 212 | Photo of defendant |
| | **Video (300- series)** |
| 301 | Video inside avionics compartment |
| 301A | Screenshot of metadata |
| 302 | Gate 7 Lower 703 (5:00:00 pm) |
| 303 | Inside Door 10-105 17 (5:01:15 pm) |
| 304 | Inside Door 10-105 17 (5:03:00 pm) |
| 305 | Gate 7 Lower 703 (5:04:01 pm) |

| Exhibit # | Description |
|---|---|
| 306 | Gate 7 High 700 (7:17:00 pm) |
| | **Maps / Satellite Photos (400- series)** |
| 401 | Google Maps satellite photo |
| 402 | Google Maps satellite photo |
| 403 | Google Maps satellite photo |
| 404 | Google Maps satellite photo |
| 405 | Google Maps satellite photo |
| | **Defendant Cellphone (500- series)** |
| 500 | iPhone extraction |
| 500A | Certification |
| 501 | Communications report |
| 502 | Communications report |
| 503 | Communications report |
| 504 | Communications report |
| 505 | Map of cellphone location data |
| 506 | Google Maps image and Google Street View photo |
| 507 | Map of cellphone location data |
| 508 | Video extracted from GX 500 |
| 508A | Metadata of GX 508 |
| 509 | Photo extracted from GX 500 |
| 509A | Metadata of GX 509 |
| 510 | Photo extracted from GX 500 |
| 510A | Metadata of GX 510 |

| Exhibit # | Description |
|---|---|
| 511 | Photo extracted from GX 500 |
| 511A | Metadata of GX 511 |
| 512 | Photo extracted from GX 500 |
| 512A | Metadata of GX 512 |
| 513 | Cellebrite metadata report |
| | **T-Mobile Cellphone Data (600- series)** |
| 600 | T-Mobile data |
| 600A | Certification |
| 601 | Subscriber information |