# Incident 2020SA0008391

| | | | |
|---|---|---|---|
| Fiscal Year: | 2020 | Port Code: | 4701 - JFK INTL ARPT |
| Environment Type: | Passenger | Port Director Name: | |
| Incident Type: | SEIZURE & ARREST - NO PENALTY ISSUED ON SITE | Agency: | Office of Field Operations |
| Form Type: | Long Form | | |

## Overview

EID Event Number:
Owning Agency: CBP FIELD OPS - NY (JFK) (C47)
Incident Topic: A-TCET / JFKIA / Aircraft Search Team Seizure / Arrest /Cocaine 11.594 kg (25.55 lbs ) AA 1349
Incident Type: SEIZURE & ARREST - NO PENALTY ISSUED ON SITE (SA)
Incident Categories: DRUG RELATED (D)
Notify if Incident is Queried?: No

## Discovery Information

Discovering Agency: CBP, CONTRABAND ENFORCEMENT TEAM (CSE)
Place of Discovery: PORT-OF-ENTRY (P)
Place of Discovery Description: TERMINAL 8
Discovery Date: 2020-02-04

## Agency Participation

## Contributing Information

CBP/ICE:
TECS:
Other Agencies:
Referring Officer Code: A-TCET

## Additional Information

Project Codes: JFK AIRCRAFT SEARCH TEAM, JFK A-TCET, A-TCET INBOUND TEAM
Incident Enforcement Aid:
Incident Presumptive Testing Devices: Narcotics Test Kit
HSI Case Number:
Current Case Agent:
Declaration Taken By:
HSI Office Code:

GOVERNMENT EXHIBIT
3500-MR-1
20-CR-219 (DLI)

TOMIS Mission Number:
TOMIS Event Number:

## Conveyance

Conveyance Type: COMMERCIAL AIR
Conveyance Searched: No
Conveyance Seized: No

### Aircraft Detail

Country Registered:
Tail #: N930AN
Overflight Exemption: N

### Itinerary Information

In/Out Bound: Inbound
In/Out Bound Date: 2020-02-04
Country Originated From: JAMAICA
Via Country: JAMAICA
Bill Of Lading #:
Carrier Name:
Trip #: N930AN
Carrier Code:
Flight #: 1349
PAX Embark Airport: MONTEGO BAY, SANGSTER INTL
Departure Airport: MONTEGO BAY, SANGSTER INTL
Departure Country: JAMAICA

### Exam Details

Reason For Exam:
Exam Complete Percent:

### TECS Information

TECS Record Created: No
TECS Record ID:
TECS Primary: No
Armed and Dangerous: No
Remarks:

## Seizure Details

Seizure Date / Time: 2020-02-04 19:40
Seizing Agency: CBP, CONTRABAND ENFORCEMENT TEAM
Place of Seizure: PORT-OF-ENTRY

Place of Seizure Description: Terminal 8 Gate # 7
Seizing Officer: Robinson, Michael

## e-allegation Information

Is result of an e-allegation: No

## Violators

### FP&F Case #: 2020470100696101

Last Name: Belloisi
First Name: Paul
Middle Name:
Date of Birth: 1968▮▮▮▮▮
Sex: Male
Citizenship: UNITED STATES
Race: WHITE
Hispanic: UNKNOWN
Personal Search Conducted: Yes

### Address

Street: ▮▮▮▮▮▮▮▮▮
Apartment #:
City: Hicksville
Country: UNITED STATES
State: NEW YORK
Zip: 11801

### Prosecutorial Information

Prosecutorial Acceptance: Federal Prosecution
Administratively Handled: No

### TECS Information

TECS Record ID: P3R36188500C47
TECS Primary: No
Remarks: Subject is an American Airlines Aircraft Mechanic at JFK Airport. Arrested at JFK Airport on 02/04/2020 while at work, charged with internal conspiracy of smuggling 25.560 pounds of cocaine hidden under insulation blanket in the avionics compartment of an American Airlines aircraft B-737.

### Arrest/Personal Search Details

Arrest Date / Time: 2020-02-04 23:48
Arresting Agency: CBP, CONTRABAND ENFORCEMENT TEAM
Place of Arrest: PORT-OF-ENTRY

Description: American Airlines Terminal 8 gate # 7
Arrestee Released To: ICE, OFFICE OF PROFESSIONAL RESPONSIBILITY
Refused By:
Violator Status at Arrest: NONE
Violator Travel Category:
Time Notified: 16:30
Time Arrived: 18:30
Agency Custody Time: 20:02
Arresting Officer: Moloney, John
Case Agent:

## Personal Search Details

Personal Search Date: 2020-02-04
Port Director Notified Date:
Search Time: 19:30
Time Completed: 19:35
Positive Results: No
Search Type: FRISK
Degree of Body Search:
Funds on Person: $28.02
Currency Released: No
Reason for Search: OFFICER SAFETY
Search Reason Remarks: OFFICER SAFETY
Authorizing Officer: WOLFE, ALAN
Searching Officer: Morrelli, Frank
Chief Counsel Notified: No
Assistant United States Attorney (AUSA) Notified: No

## Arrest Citations

19USC1703(C) - ACTS CONSTITUTING PRIMAFACIE EVIDENCE VESSEL ENGAGED IN SMUGGLING

19USC1970(C) - ACTS CONSTITUTING PRIMAFACIE EVIDENCE VESSEL ENGAGED IN SMUGGLING

## Properties

### Property 0001 - COCAINE

Property Category: DRUGS
Property Type: COCAINE
Tariff:
Enforcement Aids:

### Property Details

Owning Port: 4701 - JFK INTL ARPT

Seized Quantity: 11.55
Unit of Measurement: KILOGRAM
Package Barcode:
Number of Packages: 10
Package Type: BRICKS
Country of Origin: JAMAICA
Country of Export: JAMAICA
Country of Destination: UNITED STATES
Abandoned: No
Prohibited Item: No
FDIN: 2020555962
Weight Determination Code: Scale

### Property Status

Legal Status: SF - SUMMARY FORFEITURE
Physical Status: HE - HELD
Custodian: CSI - OFFICER, OFO
To Custodian: HSI - SPECIAL AGENT - INITIATOR
Storage: JFK OFO MAIL BRANCH BLDG 250 TEMPORARY STORAGE ROOM
Acceptance Date: 2020-02-04

### Property Value

Appraising Officer/Import Specialist:
Declared Value:
Duty Amount:

### Property Values

Type: CFO FINANCIAL - $0

### Concealment Information

Concealment Code: AIRCRAFT
Concealment Sub Code:
Other Concealment Description:
Concealed in Commodity:
Found in Secret Compartment: No

### Property Violations

Importation of Schedule I Controlled Substances
Citations: 19 USC 1595a(c)(1)(B), 21 USC 881(f), 21 USC 952, 19 CFR 162.45a (629)

### Property 0002 - GLOVES

Property Category: GENERAL MDS/OTHER
Property Type: EVIDENCE

Tariff: NO TARIFF SELECTED
Enforcement Aids:

## Property Details

Owning Port: 4701 - JFK INTL ARPT
Seized Quantity: 1
Unit of Measurement: EACH
Package Barcode:
Number of Packages: 1
Package Type: OTHER
Country of Origin: UNKNOWN
Country of Export: UNKNOWN
Country of Destination: UNITED STATES
Abandoned: No
Prohibited Item: No

## Property Status

Legal Status: EV - EVIDENCE - SINGLE STATUS
Physical Status: HE - HELD
Custodian: CSI - OFFICER, OFO
To Custodian: HSI - SPECIAL AGENT - INITIATOR
Storage: GENERIC STORAGE LOCATION CODE
Acceptance Date: 2020-02-04

## Property Value

Appraising Officer/Import Specialist:
Declared Value:
Duty Amount:

## Property Values

Type: CFO FINANCIAL - $1
Type: DOMESTIC/ESTIMATED - $1

## Concealment Information

Concealment Code: CLOTHING
Concealment Sub Code: OTHER
Other Concealment Description: GLOVES
Concealed in Commodity:
Found in Secret Compartment: No

## Property Violations

Evidence (No Basis for Forfeiture)
Citations: Evidence

### Property 0003 - American Airlines Jacket (cold weather)

Property Category: GENERAL MDS/OTHER
Property Type: EVIDENCE
Tariff: NO TARIFF SELECTED
Enforcement Aids:

### Property Details

Owning Port: 4701 - JFK INTL ARPT
Seized Quantity: 1
Unit of Measurement: EACH
Package Barcode:
Number of Packages: 1
Package Type: OTHER
Country of Origin: UNKNOWN
Country of Export: UNKNOWN
Country of Destination: UNITED STATES
Abandoned: No
Prohibited Item: No

### Property Status

Legal Status: EV - EVIDENCE - SINGLE STATUS
Physical Status: HE - HELD
Custodian: CSI - OFFICER, OFO
To Custodian: HSI - SPECIAL AGENT - INITIATOR
Storage: ADMINISTRATIVE CUSTODY
Acceptance Date: 2020-02-04

### Property Value

Appraising Officer/Import Specialist:
Declared Value:
Duty Amount:

### Property Values

Type: CFO FINANCIAL - $1
Type: DOMESTIC/ESTIMATED - $1

### Concealment Information

Concealment Code: CLOTHING
Concealment Sub Code: COAT
Other Concealment Description:
Concealed in Commodity:
Found in Secret Compartment: No

## Property Violations

Evidence (No Basis for Forfeiture)
Citations: Evidence

### Property 0004 - Apple IPONE "8"

Property Category: GENERAL MDS/OTHER
Property Type: EVIDENCE
Trade Enforcement Code: NON - NONE
Tariff: NO TARIFF SELECTED
Enforcement Aids:

### Property Details

Owning Port: 4701 - JFK INTL ARPT
Seized Quantity: 1
Unit of Measurement: EACH
Package Barcode:
Number of Packages: 1
Package Type: OTHER
Country of Origin: UNKNOWN
Country of Export: UNKNOWN
Country of Destination: UNITED STATES
Abandoned: No
Prohibited Item: No

### Property Status

Legal Status: EV - EVIDENCE - SINGLE STATUS
Physical Status: HE - HELD
Custodian: CSI - OFFICER, OFO
To Custodian: HSI - SPECIAL AGENT - INITIATOR
Storage: ADMINISTRATIVE CUSTODY
Acceptance Date: 2020-02-04

### Property Value

Appraising Officer/Import Specialist:
Declared Value:
Duty Amount:

### Property Values

Type: CFO FINANCIAL - $600
Type: DOMESTIC/ESTIMATED - $600

### Concealment Information

Concealment Code: OTHER
Concealment Sub Code: OTHER
Other Concealment Description: personel effects
Concealed in Commodity:
Found in Secret Compartment: No

## Property Violations

Evidence (No Basis for Forfeiture)
Citations: Evidence

## Property 0005 - personnel effects US currency

Property Category: GENERAL MDS/OTHER
Property Type: EVIDENCE
Trade Enforcement Code: NON - NONE
Tariff: NO TARIFF SELECTED
Enforcement Aids:

## Property Details

Owning Port: 4701 - JFK INTL ARPT
Seized Quantity: 1
Unit of Measurement: EACH
Package Barcode:
Number of Packages: 1
Package Type: EACH
Country of Origin: UNITED STATES
Country of Export: UNITED STATES
Country of Destination: UNITED STATES
Abandoned: No
Prohibited Item: No

## Property Status

Legal Status: EV - EVIDENCE - SINGLE STATUS
Physical Status: HE - HELD
Custodian: CSI - OFFICER, OFO
To Custodian: HSI - SPECIAL AGENT - INITIATOR
Storage: ADMINISTRATIVE CUSTODY
Acceptance Date: 2020-02-04

## Property Value

Appraising Officer/Import Specialist:
Declared Value: $28.02
Duty Amount: $28.02

## Property Values

Type: CFO FINANCIAL - $28.02
Type: DOMESTIC/ESTIMATED - $28.02

## Concealment Information

Concealment Code: NOT CONCEALED

## Property Violations

Evidence (No Basis for Forfeiture)
Citations: Evidence

# Narrative

On February 04, 2020, approximately 1530hrs the JFK A-TCET AST CBPO Morrelli along with CBPO Robinson targeted American Airlines flight# 1349 from Montego Bay (MBJ), Jamaica for an inbound enforcement exam at Terminal 8, Gate 7. During the offload of the baggage, CBPO Robinson began searching the external panels of aircraft US Registration/ Tail# N930AN. CBPO Robinson then searched the main avionics compartment and discovered ten bricks shape objects, suspected to be contraband concealed behind the insulation blanket (port side) of the avionics compartment. CBPO's Robinson and Morrelli extracted the suspected contraband and initiated surveillance along with HSI Agents. At approximately 1940hrs, ATCET CBPOs Morrelli and Robinson observed an American Airlines mechanic entering the avionics compartment. CBPO's Morrelli and Robinson then left the observation area and drove to the aircraft along with SCBPO Cambry, SCBPO Wolfe and (A) DC Sferrazza along with the HSI agents. CBPO Morrelli and Robinson then exited their vehicle and approached the entry hatch of the avionics compartment. One male subject was then observed (Paul Belloisi) readjusting and securing the insulation blanket by CBPO Robinson which had formerly concealed the suspected contraband. As the subject Paul Belloisi started to exit the compartment, CBPO Robinson backed away from the avionics compartment entry hatch to allow the subject to exit. Subject was then confronted by CBPO Robinson and the subject Paul Belloisi was then advised that he was being detained for questioning by HSI. Subject stated that, as he was stealing some foods from the galley area, he noticed that the temperature inside the aircraft cabin was moderately warmer than usual. As he was exiting the aircraft from the front galley area next to the flight deck, he noticed a warning light inside the flight deck indicating that the air conditioner PACK (a unit that produces hot/cold air for the inside of the aircraft cabin area) had a malfunction. Subject stated that he then proceeded downstairs inside the avionics compartment area to rectify the air conditioner problem. In addition, subject stated that while he was inside the compartment he noticed the tape (290FR Flame Retardant Fiberglass Cloth Tape) on the insulation blanket in which the narcotics were cover under was disturbed and he patted the tape down in place. Subsequently, SCBPO Cambry and CBPO MacKesy walked inside the American Airlines (AA) Aircraft Maintenance Office and spoke with the AA Line maintenance shift managers Guerra, Philip and over the phone with the AA Maintenance Hanger shift manager Gordon, Norman. Both managers stated that, Paul Belloisi was neither assigned to work on that gate (Gate 7) nor the aforementioned aircraft. They stated that, Paul Belloisi's assignment was in "SPOT 1", which is a hardstand parking lot for the aircrafts located on the other side of the Terminal 8, next to gate 16. Subject's bio

information was then forwarded to JFK S.H.I.E.LD. Unit for analysis. Subject's JFK Port Authority ID card # 6440955992 Expire 09/10/2020 was not endorse with the U.S. Customs Seal which allows him to work and have access in the Customs Regulated security area at the airport which includes Gate 7. HSI Special Agent Moloney (on-site) along with S/A Gabay took custody of the subject Paul Belloisi and transported him to Joint Narcotics Smuggling Unit (JNSU). After further investigation and questioning by HSI, the subject Paul Belloisi was placed under arrest at approximately 2348 hrs. Subject Paul Belloisi was in possession one pair of gloves, one American Airlines outer shell jacket/parker which had cutouts on both sides of the inside of the lining, (a method commonly used by narcotic smugglers to conceal/ retrieve contraband form aircrafts. see attached pictures), one Apple iPhone 8, and $28.02 in U.S. Dollars. **PLEASE SEE THE PRINTED CONTINUATION OF NARRATIVE INSIDE SEIZURE PACKAGE**.

## Document Attachments

**Photo**  AA1349pic7.jpg
**Photo**  AA1349pic5.jpg
**Photo**  AA1349pic6.jpg
**Photo**  Belloisi Paul AA 1349.jpg
**Photo**  Belloisi Paul AA 1349 2.jpg
**Photo**  AA1349 pic3.JPG
**Photo**  AA1349 pics1.JPG
**Photo**  AA1349 pic2.JPG
**Form 6051S - Custody Receipt Seized Property/Evidence Property**  Scan_0004.pdf
**Form 6051S - Custody Receipt Seized Property/Evidence Property**  Scan_0003.pdf
**Form 6051S - Custody Receipt Seized Property/Evidence Property**  Scan_0002.pdf
**Form 6051S - Custody Receipt Seized Property/Evidence Property**  Scan_0001.pdf
**Form 6051S - Custody Receipt Seized Property/Evidence Property**  Scan_0005.pdf

## Changes Made to Incident Since Approval

**Date / Time:**  2020-02-06 23:37
**Old Value:**  On February 04, 2020, approximately 1530hrs the JFK A-TCET AST CBPO Morrelli along with CBPO Robinson targeted American Airlines flight# 1349 from Montego Bay (MBJ), Jamaica for an inbound enforcement exam at Terminal 8, Gate 7. During the offload of the baggage, CBPO Robinson began searching the external panels of aircraft US Registration/ Tail# N930AN. CBPO Robinson then searched the main avionics compartment and discovered ten bricks shape objects, suspected to be contraband concealed behind the insulation blanket (port side) of the avionics compartment. CBPO's Robinson and Morrelli extracted the suspected contraband and initiated surveillance along with HSI Agents. At approximately 1940hrs, ATCET CBPOs Morrelli and Robinson observed an American Airlines mechanic entering the avionics compartment. CBPO's Morrelli and Robinson then left the observation area and drove to the aircraft along with SCBPO Cambry, SCBPO Wolfe and (A) DC Sferrazza along with the HSI agents. CBPO Morrelli and Robinson then exited their vehicle and approached the entry hatch of the avionics compartment. One male subject was then observed (Paul Belloisi) readjusting and securing the insulation blanket by CBPO Robinson which had formerly concealed the

suspected contraband. As the subject Paul Belloisi started to exit the compartment, CBPO Robinson backed away from the avionics compartment entry hatch to allow the subject to exit. Subject was then confronted by CBPO Robinson and the subject Paul Belloisi was then advised that he was being detained for questioning by HSI. Subject stated that, as he was stealing some foods from the galley area, he noticed that the temperature inside the aircraft cabin was moderately warmer than usual. As he was exiting the aircraft from the front galley area next to the flight deck, he noticed a warning light inside the flight deck indicating that the air conditioner PACK (a unit that produces hot/cold air for the inside of the aircraft cabin area) had a malfunction. Subject stated that he then proceeded downstairs inside the avionics compartment area to rectify the air conditioner problem. In addition, subject stated that while he was inside the compartment he noticed the tape (290FR Flame Retardant Fiberglass Cloth Tape) on the insulation blanket in which the narcotics were cover under was disturbed and he patted the tape down in place. Subsequently, SCBPO Cambry and CBPO MacKesy walked inside the American Airlines (AA) Aircraft Maintenance Office and spoke with the AA Line maintenance shift managers Guerra, Philip and over the phone with the AA Maintenance Hanger shift manager Gordon, Norman. Both managers stated that, Paul Belloisi was neither assigned to work on that gate (Gate 7) nor the aforementioned aircraft. They stated that, Paul Belloisi's assignment was in "SPOT 1", which is a hardstand parking lot for the aircrafts located on the other side of the Terminal 8, next to gate 16. Subject's bio information was then forwarded to JFK S.H.I.E.LD. Unit for analysis. Subject's JFK Port Authority ID card # 6440955992 Expire 09/10/2020 was not endorse with the U.S. Customs Seal which allows him to work and have access in the Customs Regulated security area at the airport which includes Gate 7. HSI Special Agent Moloney (on-site) along with S/A Gabay took custody of the subject Paul Belloisi and transported him to Joint Narcotics Smuggling Unit (JNSU). After further investigation and questioning by HSI, the subject Paul Belloisi was placed under arrest at approximately 2348 hrs. Subject Paul Belloisi was in possession one pair of gloves, one American Airlines outer shell jacket/parker which had cutouts on both sides of the inside of the lining, (a method commonly used by narcotic smugglers to conceal/ retrieve contraband form aircrafts. see attached pictures), one Apple iPhone 8, and $28.02 in U.S. Dollars. PLEASE SEE THE PRINTED CONTINUATION OF NARRATIVE.

**New Value:** On February 04, 2020, approximately 1530hrs the JFK A-TCET AST CBPO Morrelli along with CBPO Robinson targeted American Airlines flight# 1349 from Montego Bay (MBJ), Jamaica for an inbound enforcement exam at Terminal 8, Gate 7. During the offload of the baggage, CBPO Robinson began searching the external panels of aircraft US Registration/ Tail# N930AN. CBPO Robinson then searched the main avionics compartment and discovered ten bricks shape objects, suspected to be contraband concealed behind the insulation blanket (port side) of the avionics compartment. CBPO's Robinson and Morrelli extracted the suspected contraband and initiated surveillance along with HSI Agents. At approximately 1940hrs, ATCET CBPOs Morrelli and Robinson observed an American Airlines mechanic entering the avionics compartment. CBPO's Morrelli and Robinson then left the observation area and drove to the aircraft along with SCBPO Cambry, SCBPO Wolfe and (A) DC Sferrazza along with the HSI agents. CBPO Morrelli and Robinson then exited their vehicle and approached the entry hatch of the avionics compartment. One male subject was then observed (Paul Belloisi) readjusting and securing the insulation blanket by CBPO Robinson which had formerly concealed the suspected contraband. As the subject Paul Belloisi started to exit the compartment, CBPO Robinson backed away from the avionics compartment entry hatch to allow the subject to exit. Subject was then confronted by CBPO Robinson and the subject Paul Belloisi was

then advised that he was being detained for questioning by HSI. Subject stated that, as he was stealing some foods from the galley area, he noticed that the temperature inside the aircraft cabin was moderately warmer than usual. As he was exiting the aircraft from the front galley area next to the flight deck, he noticed a warning light inside the flight deck indicating that the air conditioner PACK (a unit that produces hot/cold air for the inside of the aircraft cabin area) had a malfunction. Subject stated that he then proceeded downstairs inside the avionics compartment area to rectify the air conditioner problem. In addition, subject stated that while he was inside the compartment he noticed the tape (290FR Flame Retardant Fiberglass Cloth Tape) on the insulation blanket in which the narcotics were cover under was disturbed and he patted the tape down in place. Subsequently, SCBPO Cambry and CBPO MacKesy walked inside the American Airlines (AA) Aircraft Maintenance Office and spoke with the AA Line maintenance shift managers Guerra, Philip and over the phone with the AA Maintenance Hanger shift manager Gordon, Norman. Both managers stated that, Paul Belloisi was neither assigned to work on that gate (Gate 7) nor the aforementioned aircraft. They stated that, Paul Belloisi's assignment was in "SPOT 1", which is a hardstand parking lot for the aircrafts located on the other side of the Terminal 8, next to gate 16. Subject's bio information was then forwarded to JFK S.H.I.E.LD. Unit for analysis. Subject's JFK Port Authority ID card # 6440955992 Expire 09/10/2020 was not endorse with the U.S. Customs Seal which allows him to work and have access in the Customs Regulated security area at the airport which includes Gate 7. HSI Special Agent Moloney (on-site) along with S/A Gabay took custody of the subject Paul Belloisi and transported him to Joint Narcotics Smuggling Unit (JNSU). After further investigation and questioning by HSI, the subject Paul Belloisi was placed under arrest at approximately 2348 hrs. Subject Paul Belloisi was in possession one pair of gloves, one American Airlines outer shell jacket/parker which had cutouts on both sides of the inside of the lining, (a method commonly used by narcotic smugglers to conceal/ retrieve contraband form aircrafts. see attached pictures), one Apple iPhone 8, and $28.02 in U.S. Dollars. PLEASE SEE THE PRINTED CONTINUATION OF NARRATIVE INSIDE SEIZURE PACKAGE.

**Date / Time:** 2020-02-06 23:35
**Old Value:** On February 04, 2020, approximately 1530hrs the JFK A-TCET AST CBPO Morrelli along with CBPO Robinson targeted American Airlines flight# 1349 from Montego Bay (MBJ), Jamaica for an inbound enforcement exam at Terminal 8, Gate 7. During the offload of the baggage, CBPO Robinson began searching the external panels of aircraft US Registration/ Tail# N930AN. CBPO Robinson then searched the main avionics compartment and discovered ten bricks shape objects, suspected to be contraband concealed behind the insulation blanket (port side) of the avionics compartment. CBPO's Robinson and Morrelli extracted the suspected contraband and initiated surveillance along with HSI Agents. At approximately 1940hrs, ATCET CBPOs Morrelli and Robinson observed an American Airlines mechanic entering the avionics compartment. CBPO's Morrelli and Robinson then left the observation area and drove to the aircraft along with SCBPO Cambry, SCBPO Wolfe and (A) DC Sferrazza along with the HSI agents. CBPO Morrelli and Robinson then exited their vehicle and approached the entry hatch of the avionics compartment. One male subject was then observed (Paul Belloisi) readjusting and securing the insulation blanket by CBPO Robinson which had formerly concealed the suspected contraband. As the subject Paul Belloisi started to exit the compartment, CBPO Robinson backed away from the avionics compartment entry hatch to allow the subject to exit. Subject was then confronted by CBPO Robinson and the subject Paul Belloisi was then advised that he was being detained for questioning by HSI. Subject stated that, as he

was stealing some foods from the galley area, he noticed that the temperature inside the aircraft cabin was moderately warmer than usual. As he was exiting the aircraft from the front galley area next to the flight deck, he noticed a warning light inside the flight deck indicating that the air conditioner PACK (a unit that produces hot/cold air for the inside of the aircraft cabin area) had a malfunction. Subject stated that he then proceeded downstairs inside the avionics compartment area to rectify the air conditioner problem. In addition, subject stated that while he was inside the compartment he noticed the tape (290FR Flame Retardant Fiberglass Cloth Tape) on the insulation blanket in which the narcotics were cover under was disturbed and he patted the tape down in place. Subsequently, SCBPO Cambry and CBPO MacKesy walked inside the American Airlines (AA) Aircraft Maintenance Office and spoke with the AA Line maintenance shift managers Guerra, Philip and over the phone with the AA Maintenance Hanger shift manager Gordon, Norman. Both managers stated that, Paul Belloisi was neither assigned to work on that gate (Gate 7) nor the aforementioned aircraft. They stated that, Paul Belloisi's assignment was in "SPOT 1", which is a hardstand parking lot for the aircrafts located on the other side of the Terminal 8, next to gate 16. Subject's bio information was then forwarded to JFK S.H.I.E.LD. Unit for analysis. Subject's JFK Port Authority ID card # 6440955992 Expire 09/10/2020 was not endorse with the U.S. Customs Seal which allows him to work and have access in the Customs Regulated security area at the airport which includes Gate 7. HSI Special Agent Moloney (on-site) along with S/A Gabay took custody of the subject Paul Belloisi and transported him to Joint Narcotics Smuggling Unit (JNSU). After further investigation and questioning by HSI, the subject Paul Belloisi was placed under arrest at approximately 2348 hrs. Subject Paul Belloisi was in possession one pair of gloves, one American Airlines outer shell jacket/parker which had cutouts on both sides of the inside of the lining, (a method commonly used by narcotic smugglers to conceal/ retrieve contraband form aircrafts. see attached pictures), one Apple iPhone 8, and $28.02 in U.S. Dollars. The suspected narcotics was then field tested utilizing the Gemini (Thermo Scientific) with posit

**New Value:** On February 04, 2020, approximately 1530hrs the JFK A-TCET AST CBPO Morrelli along with CBPO Robinson targeted American Airlines flight# 1349 from Montego Bay (MBJ), Jamaica for an inbound enforcement exam at Terminal 8, Gate 7. During the offload of the baggage, CBPO Robinson began searching the external panels of aircraft US Registration/ Tail# N930AN. CBPO Robinson then searched the main avionics compartment and discovered ten bricks shape objects, suspected to be contraband concealed behind the insulation blanket (port side) of the avionics compartment. CBPO's Robinson and Morrelli extracted the suspected contraband and initiated surveillance along with HSI Agents. At approximately 1940hrs, ATCET CBPOs Morrelli and Robinson observed an American Airlines mechanic entering the avionics compartment. CBPO's Morrelli and Robinson then left the observation area and drove to the aircraft along with SCBPO Cambry, SCBPO Wolfe and (A) DC Sferrazza along with the HSI agents. CBPO Morrelli and Robinson then exited their vehicle and approached the entry hatch of the avionics compartment. One male subject was then observed (Paul Belloisi) readjusting and securing the insulation blanket by CBPO Robinson which had formerly concealed the suspected contraband. As the subject Paul Belloisi started to exit the compartment, CBPO Robinson backed away from the avionics compartment entry hatch to allow the subject to exit. Subject was then confronted by CBPO Robinson and the subject Paul Belloisi was then advised that he was being detained for questioning by HSI. Subject stated that, as he was stealing some foods from the galley area, he noticed that the temperature inside the aircraft cabin was moderately warmer than usual. As he was exiting the aircraft from the front galley area next to the flight deck, he noticed a warning light inside the flight deck

indicating that the air conditioner PACK (a unit that produces hot/cold air for the inside of the aircraft cabin area) had a malfunction. Subject stated that he then proceeded downstairs inside the avionics compartment area to rectify the air conditioner problem. In addition, subject stated that while he was inside the compartment he noticed the tape (290FR Flame Retardant Fiberglass Cloth Tape) on the insulation blanket in which the narcotics were cover under was disturbed and he patted the tape down in place. Subsequently, SCBPO Cambry and CBPO MacKesy walked inside the American Airlines (AA) Aircraft Maintenance Office and spoke with the AA Line maintenance shift managers Guerra, Philip and over the phone with the AA Maintenance Hanger shift manager Gordon, Norman. Both managers stated that, Paul Belloisi was neither assigned to work on that gate (Gate 7) nor the aforementioned aircraft. They stated that, Paul Belloisi's assignment was in "SPOT 1", which is a hardstand parking lot for the aircrafts located on the other side of the Terminal 8, next to gate 16. Subject's bio information was then forwarded to JFK S.H.I.E.L.D. Unit for analysis. Subject's JFK Port Authority ID card # 6440955992 Expire 09/10/2020 was not endorse with the U.S. Customs Seal which allows him to work and have access in the Customs Regulated security area at the airport which includes Gate 7. HSI Special Agent Moloney (on-site) along with S/A Gabay took custody of the subject Paul Belloisi and transported him to Joint Narcotics Smuggling Unit (JNSU). After further investigation and questioning by HSI, the subject Paul Belloisi was placed under arrest at approximately 2348 hrs. Subject Paul Belloisi was in possession one pair of gloves, one American Airlines outer shell jacket/parker which had cutouts on both sides of the inside of the lining, (a method commonly used by narcotic smugglers to conceal/ retrieve contraband form aircrafts. see attached pictures), one Apple iPhone 8, and $28.02 in U.S. Dollars. PLEASE SEE THE PRINTED CONTINUATION OF NARRATIVE.

**Date / Time:** 2020-02-06 23:23
**Old Value:** On February 04, 2020, approximately 1530hrs the JFK A-TCET AST CBPO Morrelli along with CBPO Robinson targeted American Airlines flight# 1349 from Montego Bay (MBJ), Jamaica for an inbound enforcement exam at Terminal 8, Gate 7. During the offload of the baggage, CBPO Robinson began searching the external panels of aircraft US Registration/ Tail# N930AN. CBPO Robinson then searched the main avionics compartment and discovered ten bricks shape objects, suspected to be contraband concealed behind the insulation blanket (port side) of the avionics compartment. CBPO's Robinson and Morrelli extracted the suspected contraband and initiated surveillance along with HSI Agents. At approximately 1940hrs, ATCET CBPOs Morrelli and Robinson observed an American Airlines mechanic entering the avionics compartment. CBPO's Morrelli and Robinson then left the observation area and drove to the aircraft along with SCBPO Cambry, SCBPO Wolfe and (A) DC Sferrazza along with the HSI agents. CBPO Morrelli and Robinson then exited their vehicle and approached the entry hatch of the avionics compartment. One male subject was then observed (Paul Belloisi) readjusting and securing the insulation blanket by CBPO Robinson which had formerly concealed the suspected contraband. As the subject Paul Belloisi started to exit the compartment, CBPO Robinson backed away from the avionics compartment entry hatch to allow the subject to exit. Subject was then confronted by CBPO Robinson and the subject Paul Belloisi was then advised that he was being detained for questioning by HSI. Subject stated that, as he was stealing some foods from the galley area, he noticed that the temperature inside the aircraft cabin was moderately warmer than usual. As he was exiting the aircraft from the front galley area next to the flight deck, he noticed a warning light inside the flight deck indicating that the air conditioner PACK (a unit that produces hot/cold air for the inside of

the aircraft cabin area) had a malfunction. Subject stated that he then proceeded downstairs inside the avionics compartment area to rectify the air conditioner problem. In addition, subject stated that while he was inside the compartment he noticed the tape (290FR Flame Retardant Fiberglass Cloth Tape) on the insulation blanket in which the narcotics were cover under was disturbed and he patted the tape down in place. Subsequently, SCBPO Cambry and CBPO MacKesy walked inside the American Airlines (AA) Aircraft Maintenance Office and spoke with the AA Line maintenance shift managers Guerra, Philip and over the phone with the AA Maintenance Hanger shift manager Gordon, Norman. Both managers stated that, Paul Belloisi was neither assigned to work on that gate (Gate 7) nor the aforementioned aircraft. They stated that, Paul Belloisi's assignment was in "SPOT 1", which is a hardstand parking lot for the aircrafts located on the other side of the Terminal 8, next to gate 16. Subject's bio information was then forwarded to JFK S.H.I.E.LD. Unit for analysis. Subject's JFK Port Authority ID card # 6440955992 Expire 09/10/2020 was not endorse with the U.S. Customs Seal which allows him to work and have access in the Customs Regulated security area at the airport which includes Gate 7. HSI Special Agent Moloney (on-site) along with S/A Gabay took custody of the subject Paul Belloisi and transported him to Joint Narcotics Smuggling Unit (JNSU). After further investigation and questioning by HSI, the subject Paul Belloisi was placed under arrest at approximately 2348 hrs. Subject Paul Belloisi was in possession one pair of gloves, one American Airlines outer shell jacket/parker which had cutouts on both sides of the inside of the lining, (a method commonly used by narcotic smugglers to conceal/ retrieve contraband form aircrafts. see attached pictures), one Apple iPhone 8, and $28.02 in U.S. Dollars.

**New Value:**  On February 04, 2020, approximately 1530hrs the JFK A-TCET AST CBPO Morrelli along with CBPO Robinson targeted American Airlines flight# 1349 from Montego Bay (MBJ), Jamaica for an inbound enforcement exam at Terminal 8, Gate 7. During the offload of the baggage, CBPO Robinson began searching the external panels of aircraft US Registration/ Tail# N930AN. CBPO Robinson then searched the main avionics compartment and discovered ten bricks shape objects, suspected to be contraband concealed behind the insulation blanket (port side) of the avionics compartment. CBPO's Robinson and Morrelli extracted the suspected contraband and initiated surveillance along with HSI Agents. At approximately 1940hrs, ATCET CBPOs Morrelli and Robinson observed an American Airlines mechanic entering the avionics compartment. CBPO's Morrelli and Robinson then left the observation area and drove to the aircraft along with SCBPO Cambry, SCBPO Wolfe and (A) DC Sferrazza along with the HSI agents. CBPO Morrelli and Robinson then exited their vehicle and approached the entry hatch of the avionics compartment. One male subject was then observed (Paul Belloisi) readjusting and securing the insulation blanket by CBPO Robinson which had formerly concealed the suspected contraband. As the subject Paul Belloisi started to exit the compartment, CBPO Robinson backed away from the avionics compartment entry hatch to allow the subject to exit. Subject was then confronted by CBPO Robinson and the subject Paul Belloisi was then advised that he was being detained for questioning by HSI. Subject stated that, as he was stealing some foods from the galley area, he noticed that the temperature inside the aircraft cabin was moderately warmer than usual. As he was exiting the aircraft from the front galley area next to the flight deck, he noticed a warning light inside the flight deck indicating that the air conditioner PACK (a unit that produces hot/cold air for the inside of the aircraft cabin area) had a malfunction. Subject stated that he then proceeded downstairs inside the avionics compartment area to rectify the air conditioner problem. In addition, subject stated that while he was inside the compartment he noticed the tape (290FR Flame Retardant Fiberglass Cloth Tape) on the insulation blanket in which the narcotics were

cover under was disturbed and he patted the tape down in place. Subsequently, SCBPO Cambry and CBPO MacKesy walked inside the American Airlines (AA) Aircraft Maintenance Office and spoke with the AA Line maintenance shift managers Guerra, Philip and over the phone with the AA Maintenance Hanger shift manager Gordon, Norman. Both managers stated that, Paul Belloisi was neither assigned to work on that gate (Gate 7) nor the aforementioned aircraft. They stated that, Paul Belloisi's assignment was in "SPOT 1", which is a hardstand parking lot for the aircrafts located on the other side of the Terminal 8, next to gate 16. Subject's bio information was then forwarded to JFK S.H.I.E.LD. Unit for analysis. Subject's JFK Port Authority ID card # 6440955992 Expire 09/10/2020 was not endorse with the U.S. Customs Seal which allows him to work and have access in the Customs Regulated security area at the airport which includes Gate 7. HSI Special Agent Moloney (on-site) along with S/A Gabay took custody of the subject Paul Belloisi and transported him to Joint Narcotics Smuggling Unit (JNSU). After further investigation and questioning by HSI, the subject Paul Belloisi was placed under arrest at approximately 2348 hrs. Subject Paul Belloisi was in possession one pair of gloves, one American Airlines outer shell jacket/parker which had cutouts on both sides of the inside of the lining, (a method commonly used by narcotic smugglers to conceal/ retrieve contraband form aircrafts. see attached pictures), one Apple iPhone 8, and $28.02 in U.S. Dollars. The suspected narcotics was then field tested utilizing the Gemini (Thermo Scientific) with posit

FULL NARRATIVE REPORT                    1_OF_2

On February 04, 2020, approximately 1530hrs the JFK A-TCET AST CBPO Morrelli along with CBPO Robinson targeted American Airlines flight# 1349 from Montego Bay (MBJ), Jamaica for an inbound enforcement exam at Terminal 8, Gate 7. During the offload of the baggage, CBPO Robinson began searching the external panels of aircraft US Registration/ Tail# N930AN. CBPO Robinson then searched the main avionics compartment and discovered ten bricks shape objects, suspected to be contraband concealed behind the insulation blanket (port side) of the avionics compartment. CBPO's Robinson and Morrelli extracted the suspected contraband and initiated surveillance along with HSI Agents. At approximately 1940hrs, ATCET CBPOs Morrelli and Robinson observed an American Airlines mechanic entering the avionics compartment. CBPO's Morrelli and Robinson then left the observation area and drove to the aircraft along with SCBPO Cambry, SCBPO Wolfe and (A) DC Sferrazza along with the HSI agents. CBPO Morrelli and Robinson then exited their vehicle and approached the entry hatch of the avionics compartment. One male subject was then observed (Paul Belloisi) readjusting and securing the insulation blanket by CBPO Robinson which had formerly concealed the suspected contraband. As the subject Paul Belloisi started to exit the compartment, CBPO Robinson backed away from the avionics compartment entry hatch to allow the subject to exit. Subject was then confronted by CBPO Robinson and the subject Paul Belloisi was then advised that he was being detained for questioning by HSI. Subject stated that, as he was stealing some foods from the galley area, he noticed that the temperature inside the aircraft cabin was moderately warmer than usual. As he was exiting the aircraft from the front galley area next to the flight deck, he noticed a warning light inside the flight deck indicating that the air conditioner PACK (a unit that produces hot/cold air for the inside of the aircraft cabin area) had a malfunction. Subject stated that he then proceeded downstairs inside the avionics compartment area to rectify the air conditioner problem. In addition, subject stated that while he was inside the compartment he noticed the tape (290FR Flame Retardant Fiberglass Cloth Tape) on the insulation blanket in which the narcotics were cover under was disturbed and he patted the tape down in place. Subsequently, SCBPO Cambry and CBPO MacKesy walked inside the American Airlines (AA) Aircraft Maintenance Office and spoke with the AA Line maintenance shift managers Guerra, Philip and over the phone with the AA Maintenance Hanger shift manager Gordon, Norman. Both managers stated that, Paul Belloisi was neither assigned to work on that gate (Gate 7) nor the aforementioned aircraft. They stated that, Paul Belloisi's assignment was in "SPOT 1", which is a hardstand parking lot for the aircrafts located on the other

side of the Terminal 8, next to gate 16. Subject's bio information was then forwarded to JFK S.H.I.E.LD. Unit for analysis. Subject's JFK Port Authority ID card # 6440955992 Expire 09/10/2020 was not endorse with the U.S. Customs Seal which allows him to work and have access in the Customs Regulated security area at the airport which includes Gate 7. HSI Special Agent Moloney (on-site) along with S/A Gabay took custody of the subject Paul Belloisi and transported him to Joint Narcotics Smuggling Unit (JNSU). After further investigation and questioning by HSI, the subject Paul Belloisi was placed under arrest at approximately 2348 hrs. Subject Paul Belloisi was in possession one pair of gloves, one American Airlines outer shell jacket/parker which had cutouts on both sides of the inside of the lining, (a method commonly used by narcotic smugglers to conceal/ retrieve contraband form aircrafts. see attached pictures), one Apple iPhone 8, and $28.02 in U.S. Dollars. The suspected narcotics was then field tested utilizing the Gemini (Thermo Scientific) with positive results for cocaine. SCBPO Cambry (on-site) was then notified and ordered the cocaine to be seized. In sum, a total of 11.594kgs (25.560 pounds) of cocaine was seized and one male (Paul Belloisi) American Airlines mechanic arrested by HSI. The narcotics, subject and all evidence were then turned over to Homeland Security Investigations via CBP Chain of Custodies numbered 7823934, 7296110, 7017956, 7296104, and 7296105 sealed inside evidence bags L1598154, A1930236, A1930235 and A1930234 for prosecution.