

COURT EXHIBIT
#1  5/2/23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-

PAUL BELLOISI,

                    Defendant.
------------------------------------------------------x

**VERDICT SHEET**
**20-cr-219 (DLI)**

## COUNT ONE
### (Conspiracy to Possess Cocaine with the Intent to Distribute)

As to Count One, conspiracy to possess with intent to distribute a controlled substance, specifically a substance containing cocaine, how do you find the Defendant Paul Belloisi?

Not Guilty _____         Guilty __✓__

## COUNT TWO
### (Conspiracy to Import Cocaine)

As to Count Two, conspiracy to import a controlled substance into the United States, specifically a substance containing cocaine, how do you find the Defendant Paul Belloisi?

Not Guilty _____         Guilty __✓__

## COUNT THREE
### (Importation of Cocaine)

As to Count Three, importation of a controlled substance into the United States, specifically a substance containing cocaine, how do you find the Defendant Paul Belloisi?

Not Guilty _____         Guilty __✓__

Signed: _Nicolai Cantir_
                Foreperson

Date: _5/2/2023_

Time: _5:32 pm_