

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RMP/MS
F. #2020R00153

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 12, 2023

By ECF

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Paul Belloisi
     Criminal Docket No. 20-219 (DLI)

Dear Judge Irizarry:

  The government respectfully submits this letter pursuant to the Court's June 12, 2023 order directing the government to advise the Court by June 15, 2023 whether the government will seek leave to file an additional response to the defendant's proposed amended motion for acquittal (ECF No. 91-2), in light of changes from the defendant's original brief (ECF No. 86). The government has reviewed all of the defendant's submissions and the government is satisfied to rely upon its already-filed opposition brief (ECF No. 88) without seeking to file any further submission in light of the defendant's proposed changes.

             Respectfully submitted,

             BREON PEACE
             United States Attorney

       By:   /s/
             Robert M. Pollack
             Margaret Schierberl
             Assistant U.S. Attorneys
             (718) 254-7000

cc: Clerk of the Court (DLI) (by ECF)
   Counsel of record (by ECF and E-mail)