# Cited Trial Exhibits

(excluding physical, video, and sealed exhibits)

SABRE Maintenance Program Rev. 2.1 01 AUG 18
MPN AA-0100-AML

Control Page

American Airlines          Aircraft Maintenance Log Page

**Nose Number** 3 B G

**Journey Log**

| DAY | MONTH | YEAR 23 | FLT # 24 | CA IN / OUT 25 |
|-----|-------|---------|----------|----------------|
| 03 | FEB | 20 | 2731 | N |
| 03 | FEB | 20 | 2522 | FR |
| 03 | FEB | 20 | 579 | WF |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**MECHANICAL DISCREPANCY** | **ARMS or FRM Code**

Flight #     DAY     MONTH     YEAR     Employee #

ACTION TAKEN     MIC # 38473430     MIC # if not same as Discrepancy

| Station | ATA Code | Deferral Code If Corrected | Deferral Item # | Authorization / Control # |
|---------|----------|---------------------------|-----------------|---------------------------|

DAY     MONTH     YEAR     Signature     Employee #

RII  C     RII / C Signature     RII / C Employee #

Part Installed 20a     Part Installed 20b

S/N Removed 21a     Position 22a     S/N Removed 21b     Position 22b

**MECHANICAL DISCREPANCY** | **ARMS or FRM Code**

Flight #     DAY     MONTH     YEAR     Employee #

ACTION TAKEN     MIC # 38473431     MIC # if not same as Discrepancy

| Station | ATA Code | Deferral Code If Corrected | Deferral Item # | Authorization / Control # |
|---------|----------|---------------------------|-----------------|---------------------------|

DAY     MONTH     YEAR     Signature     Employee #

RII  C     RII / C Signature     RII / C Employee #

Part Installed 20a     Part Installed 20b

S/N Removed 21a     Position 22a     S/N Removed 21b     Position 22b

**Engine and APU Oil Service (Enter Number of Pints Added)**

| DAY | MONTH 32 | Flight # 33 | Station 34 | Eng # 1 35 | Eng # 2 36 | APU Oil 37 | APU Hours 38 | Auth Code 39 | Employee # 40 |
|-----|----------|-------------|------------|------------|------------|------------|--------------|--------------|---------------|
| 04 | FEB | 0579 | JCK | 7 | 6 | N/A | N/A | M76ANV | 761430 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**Note: MIC Item must be entered into SAFE or equivalent computer system.**

**Aircraft Airworthiness Release**

DAY     MONTH     YEAR     Signature     Employee #

Type Check or Reason

GOVERNMENT EXHIBIT
**101**
20-CR-219 (DLI)

SABRE Maintenance Program Rev. 2.1 01 AUG 18
MPN AA-0100-AML

Control Page    American Airlines    Aircraft Maintenance Log Page

| MECHANICAL DISCREPANCY | ARMS or FRM Code | | |
|---|---|---|---|
| Flight # 2 | DAY | MONTH YEAR 3 | Employee # 4 |
| 1349 | 04 | FEB 20 | 959215 |
| 6 | | | |
| PAC IFE PM Check Due | | | |

Nose Number  3 B G  26

| Journey Log | | | | |
|---|---|---|---|---|
| DAY | MONTH | YEAR 24 FLT # 23 | CA IN 17 OUT 25 | |
| 04 | FEB 20 | 1349 | MW | |
| 04 | FEB 20 | 1349 | MW | |

| ACTION TAKEN | MIC # 5 | MIC # if not same as Discrepancy 7 | 11 |
|---|---|---|---|
| | 38473432 | | |
| Station 8 | ATA Code 9 | Deferral Code 10 Deferral Item # 12 | Authorization / Control # 13 |
| JFK | 4420 -X- | | |
| C/W PAC IFE PM Check | | | 16 |
| per B737 Amm 44-21-00 | | | |
| (IFCR459x) | | | |
| DAY MONTH YEAR 17 | Signature 18 | | Employee # 19 |
| 04 FEB 20 | Boyd | | 959215 |
| RII C | RII / C Signature 42 | RII / C Employee # 15 | |
| Part Installed 20a | | Part Installed 20b | |
| S/N Removed 21a | Position 22a | S/N Removed 21b | Position 22b |

| MECHANICAL DISCREPANCY | ARMS or FRM Code | | |
|---|---|---|---|
| Flight # 2 | DAY | MONTH YEAR 3 | Employee # 4 |
| | | | |
| 6 | | | |

| ACTION TAKEN | MIC # 5 | MIC # if not same as Discrepancy 7 | 11 |
|---|---|---|---|
| | 38473433 | | |
| Station 8 | ATA Code 9 | Deferral Code 10 Deferral Item # 12 | Authorization / Control # 13 |
| | | | 16 |
| DAY MONTH YEAR 17 | Signature 18 | | Employee # 19 |
| | | | |
| RII C | RII / C Signature 42 | RII / C Employee # 15 | |
| Part Installed 20a | | Part Installed 20b | |
| S/N Removed 21a | Position 22a | S/N Removed 21b | Position 22b |

| Engine and APU Oil Service (Enter Number of Pints Added) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DAY | MONTH 32 | Flight # 33 | Station 34 | Eng # 1 35 | Eng # 2 36 | APU Oil 37 | APU Hours | Auth Code 38 | Employee # 40 / 39 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**Note: MIC Item must be entered into SAFE or equivalent computer system.**

| Aircraft Airworthiness Release | | | |
|---|---|---|---|
| DAY MONTH YEAR 27 | Signature 28 | | Employee # 29 |
| Type Check or Reason | | 30 | Station 31 |

| ACTL_AIR CFT_TAIL_ CD | OPERAT_ AIRLN_IA TA_CD | OPERAT_ FLIGHT_N BR | ACTL_LEG _ARVL_G ATE_CD | ACTL_LEG_ARVL_LC L_DT | ACTL_LEG _ARVL_AI RPRT_IAT A_CD | ACTL_LEG _ARVL_LC L_TM | ACTL_LEG _DEP_AIR PRT_IATA _CD | SCHD_LEG_D EP_LCL_TM | ACTL_LEG_DE P_LCL_TM | ACTL_LEG _TAXI_OU T_MIN_C T | ACTL_LEG _ENROUT _MIN_CT | ACTL_LEG _TAXI_IN_ MIN_CT | ACTL_LEG_OFF _LCL_TM | ACTL_LEG_ON_ LCL_TM | FLIGHT_L EG_TTL_A VAIL_SEA T_CT | ONBRD_R EVNUE_P AX_CT | ONBRD_N REV_PAX_ CT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3BG | AA | 1349 | 7 | 2/4/2020 | JFK | 15:36:00 | MBJ | 12:16:00 | 12:05:00 | 16 | 189 | 6 | 12:21:00 | 15:30:00 | 160 | 78 | 4 |
| 3BG | AA | 366 | 33 | 2/4/2020 | SAN | 22:59:00 | JFK | 20:00:00 | 19:56:00 | 18 | 341 | 4 | 20:14:00 | 22:55:00 | 160 | 65 | 1 |

**GOVERNMENT EXHIBIT**
**104**
**20-CR-219 (DLI)**



GOVERNMENT
EXHIBIT
201
20-CR-219 (DLI)



Add a Caption

Tuesday • Feb 4, 2020 • 3:54 PM    Adjust

IMG_5172

| Apple iPhone 7 Plus | JPEG |
|---|---|

Wide Camera — 28 mm ƒ1.8

12 MP • 3024 × 4032 • 2.5 MB

| ISO100 | 28mm | 0 ev | ƒ1.8 | 1/9s |
|---|---|---|---|---|

GOVERNMENT
EXHIBIT
**201A**
20-CR-219 (DLI)

   Edit 



GOVERNMENT
EXHIBIT
**202**
20-CR-219 (DLI)



Add a Caption

Tuesday • Feb 4, 2020 • 3:55 PM   Adjust
IMG_5174

| Apple iPhone 7 Plus | | JPEG |
| --- | --- | --- |
| Wide Camera — 28 mm ƒ1.8 | | |
| 12 MP • 3024 × 4032 • 3 MB | | |

| ISO80 | 28mm | 0 ev | ƒ1.8 | 1/16s |
| --- | --- | --- | --- | --- |

Add a location

GOVERNMENT EXHIBIT
202A
20-CR-219 (DLI)

   Edit 



GOVERNMENT
EXHIBIT
**205**
20-CR-219 (DLI)



Add a Caption



Tuesday · Feb 4, 2020 · 7:51 PM                    Adjust

IMG_0251

Apple iPhone 7                                    HEIF

Rear Camera — 28 mm ƒ1.8
12 MP · 3024 × 4032 · 1.6 MB

| ISO 25 | 28 mm | 0 ev | ƒ1.8 | 1/16 s |

GOVERNMENT
EXHIBIT
**205A**
20-CR-219 (DLI)

Add a location

   



GOVERNMENT
EXHIBIT
**210**
20-CR-219 (DLI)



Add a Caption

Tuesday • Feb 4, 2020 • 4:12 PM    Adjust

IMG_5175

| Apple iPhone 7 Plus | H.264 |  |

No lens information

1080p · 1080 × 1920 · 49.6 MB

| 30 FPS | 00:25 |


GOVERNMENT EXHIBIT
**301A**
20-CR-219 (DLI)

     Edit 



GOVERNMENT
EXHIBIT
**401**
20-CR-219 (DLI)





GOVERNMENT
EXHIBIT
**402**
20-CR-219 (DLI)



GOVERNMENT
EXHIBIT
**403**
20-CR-219 (DLI)





GOVERNMENT
EXHIBIT
**404**
20-CR-219 (DLI)



1.1 miles

Google Earth

Image © 2023 Maxar Technologies

1000 ft

GOVERNMENT
EXHIBIT
405
20-CR-219 (DLI)

# All Communications involving Belloisi 516-413-7106 and Lester 646-940-1227

| | Other | Interactions | | | Source (Raw) |
|---|---|---|---|---|---|
| 2020/01/22 13:33:06 | Lester 6469401227 | Phone Call: 10s | | Pbelloisi + 5164137106 | |
| 2020/01/22 13:33:51 | Lester 6469401227 | Phone Call: 6s | | Pbelloisi + 5164137106 | |
| 2020/01/22 13:34:12 | Lester 6469401227 | | Phone Call: 1m 47s | Pbelloisi + 5164137106 | |
| 2020/01/22 15:46:06 | Lester 6469401227 | | Phone Call: 6m 19s | Pbelloisi + 5164137106 | |
| 2020/01/24 13:31:12 | Lester 6469401227 | Phone Call: 1m 32s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/01/24 14:39:28 | Lester 6469401227 | | Phone Call: 44s | Pbelloisi + 5164137106 | WhatsApp |
| 2020/01/24 15:49:04 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/01/24 15:49:14 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/01/24 15:59:35 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/01/24 16:15:33 | Lester 6469401227 | | Phone Call: 5m 41s | Pbelloisi + 5164137106 | WhatsApp |
| 2020/01/25 15:46:25 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/01/25 16:28:40 | Lester 6469401227 | | Phone Call: 6m 46s | Pbelloisi + 5164137106 | |
| 2020/01/27 12:52:14 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/01/27 12:53:42 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/01/27 13:14:13 | Lester 6469401227 | | Phone Call: 11m 50s | Pbelloisi + 5164137106 | WhatsApp |
| 2020/01/27 16:20:38 | Lester 6469401227 | | Phone Call: 1m 57s | Pbelloisi + 5164137106 | WhatsApp |
| 2020/01/28 17:48:33 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/01/28 23:17:35 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/01/29 13:28:21 | Lester 6469401227 | | Phone Call: 0s | Pbelloisi + 5164137106 | WhatsApp |
| 2020/01/29 13:28:44 | Lester 6469401227 | | Phone Call: 7m 48s | Pbelloisi + 5164137106 | WhatsApp |
| 2020/01/29 13:43:47 | Lester 6469401227 | | Phone Call: 1m 25s | Pbelloisi + 5164137106 | WhatsApp |
| 2020/01/29 19:04:49 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/01/29 19:46:26 | Lester 6469401227 | | Phone Call: 51s | Pbelloisi + 5164137106 | WhatsApp |
| 2020/01/29 20:03:09 | Lester 6469401227 | | Phone Call: 8s | Pbelloisi + 5164137106 | WhatsApp |
| 2020/01/30 18:17:24 | Lester 6469401227 | | Phone Call: 46s | Pbelloisi + 5164137106 | WhatsApp |
| 2020/01/30 18:18:23 | Lester 6469401227 | Phone Call: 1m 44s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/01/31 19:25:09 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/01/31 22:09:02 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/01 12:05:46 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/01 12:07:25 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/01 12:33:09 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/01 13:20:12 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/01 14:35:00 | Lester 6469401227 | Phone Call: 6s | | Pbelloisi + 5164137106 | WhatsApp |

GOVERNMENT EXHIBIT
501
20-CR-219 (DLI)

| | Other | Interactions | | | Source (Raw) |
|---|---|---|---|---|---|
| 2020/02/01 14:57:37 | Lester 6469401227 | | Phone Call: 3m 59s | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/01 19:56:02 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/01 23:48:36 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 03:16:04 | Lester 6469401227 | | Phone Call: 1m 57s | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 03:41:38 | Lester 6469401227 | | Phone Call: 15s | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 04:19:04 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 04:20:06 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 04:20:50 | Lester 6469401227 | | Phone Call: 16s | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 05:01:50 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 05:01:56 | Lester 6469401227 | | Phone Call: 0s | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 05:02:08 | Lester 6469401227 | | Phone Call: 0s | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 05:02:34 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 17:44:16 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 17:44:17 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 18:24:32 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 19:13:23 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 19:13:24 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 19:32:49 | Lester 6469401227 | | Phone Call: 3m 41s | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 22:22:38 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 22:30:33 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 22:39:02 | Lester 6469401227 | | Phone Call: 0s | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 22:39:15 | Lester 6469401227 | | Phone Call: 57s | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 23:05:14 | Lester 6469401227 | | I'm in a lot of traffic | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 23:10:09 | Lester 6469401227 | Really!! and I'm already here | | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 23:12:11 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 23:25:53 | Lester 6469401227 | | Just got here sit tight | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 23:26:18 | Lester 6469401227 | Ok | | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/02 23:57:14 | Lester 6469401227 | | Phone Call: 12s | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/03 00:06:15 | Lester 6469401227 | | Phone Call: 0s | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/03 00:06:31 | Lester 6469401227 | Phone Call: 1m 36s | | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/03 12:47:20 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/03 12:50:25 | Lester 6469401227 | | Just woke up just getting my clothes together I'll be there by one | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/03 12:57:11 | Lester 6469401227 | Is already 1 | | Pbelloisi +5164137106 | WhatsApp |
| 2020/02/03 12:58:08 | Lester 6469401227 | Anyway I'm coming, I will meet you by the visitor p | | Pbelloisi +5164137106 | WhatsApp |

| | Other | Interactions | | | Source (Raw) |
|---|---|---|---|---|---|
| 2020/02/03 13:00:19 | Lester 6469401227 | | Yea I meant 130 I didn't go to sleep till 730 | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/03 13:14:45 | Lester 6469401227 | Wow | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/03 13:17:47 | Lester 6469401227 | | Phone Call: 0s | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/03 13:26:18 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/03 13:54:06 | Lester 6469401227 | | Phone Call: 0s | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/03 13:57:40 | Lester 6469401227 | Phone Call: 45s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/03 14:27:43 | Lester 6469401227 | Phone Call: 32s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/03 14:37:15 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/03 17:41:46 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/03 21:35:01 | Lester 6469401227 | Phone Call: 3m 9s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/03 22:36:15 | Lester 6469401227 | | Phone Call: 0s | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/03 22:36:40 | Lester 6469401227 | | Call me when you're not busy I got to tell you something | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/03 23:38:50 | Lester 6469401227 | | Phone Call: 59s | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/04 00:20:15 | Lester 6469401227 | Phone Call: 43s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/04 00:29:39 | Lester 6469401227 | | Here | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/04 00:32:42 | Lester 6469401227 | | Phone Call: 0s | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/04 00:34:10 | Lester 6469401227 | Phone Call: 23s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/04 00:41:20 | Lester 6469401227 | | Phone Call: 0s | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/04 00:43:01 | Lester 6469401227 | | Where are you I don't mean to rush you but I got to pick up my daughter | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/04 14:25:54 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/04 14:25:55 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/04 14:26:35 | Lester 6469401227 | | Phone Call: 4m 48s | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/04 18:33:58 | Lester 6469401227 | | Phone Call: 2m 11s | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/04 18:45:12 | Lester 6469401227 | | Phone Call: 34s | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/04 18:47:47 | Lester 6469401227 | Confirmado!! Me acaban de confirmar. Ya todos salieron los van a llevar cenar que tienen hambre. | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/04 21:21:16 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/04 21:23:44 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/04 21:28:05 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/04 21:34:17 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/04 21:34:48 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/04 21:35:13 | Lester 6469401227 | Phone Call: 2s | | Pbelloisi + 5164137106 | |
| 2020/02/04 21:39:44 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/04 21:46:49 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |
| 2020/02/04 21:48:03 | Lester 6469401227 | Phone Call: 0s | | Pbelloisi + 5164137106 | WhatsApp |

| | Other | Interactions | | | Source (Raw) |
|---|---|---|---|---|---|
| 2020/02/04 23:41:04 | Lester 6469401227 | Phone Call: 0s | | 🔵 Pbelloisi ✚ 5164137106 | WhatsApp |

# February 3, 2020 through February 4, 2020





GOVERNMENT
EXHIBIT
**506**
20-CR-219 (DLI)



RMP/MS
F. #2020R00153

GOVERNMENT
EXHIBIT
**S-1**
20-CR-219 (DLI)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

      - against -

PAUL BELLOISI,

             Defendant.

– – – – – – – – – – – – – – – – – – X

S T I P U L A T I O N

20 CR 219 (DLI)

IT IS HEREBY STIPULATED AND AGREED by and between the

undersigned parties that:

        1.      On or about February 6, 2020, the United States Department of Justice,

Drug Enforcement Administration Northeast Laboratory (the "DEA Lab") received box

1621252 ("Box 1621252") from the Department of Homeland Security, Homeland Security

Investigations, John F. Kennedy International Airport ("JFK") Office.

        2.      Box 1621252 had an unbroken seal upon receipt by the DEA Lab.

        3.      Box 1621252 contained ten multilayered bricks containing a white

powder substance.

        4.      Box 1621252 had a gross weight of 12.24 kilograms.

        5.      The contents of Box 1621252 had a net weight of 10.020 kilograms.

        6.      The contents of Box 1621252 were analyzed at the DEA Lab by forensic

chemists, trained for such matters and in compliance with the standards and best practices

normally acceptable by experts in the testing and analysis of controlled substances.

1

       7.     Testing conducted at the DEA Lab of the white powder substance present in Box 1621252 confirmed the presence of cocaine.

       8.     This stipulation, marked as Government Exhibit S-1, may be received in evidence as a Government Exhibit at trial.

Dated:      Brooklyn, New York

            April   10   , 2023

AGREED AND CONSENTED TO:

                                     BREON PEACE
                                     United States Attorney
                                     Eastern District of New York

By: _____

David J. Cohen, Esq.                     Robert M. Pollack
Benjamin L. Simpson, Esq.            Margaret Schierberl
Counsel to defendant Paul Belloisi      Assistant U.S. Attorneys