Honorable Dora L. Irizarry
United States Senior District Court Judge
Eastern District of New York

Re: United States v Paul Belloisi

My name is Robin D. Mattner. I am a recently retired Managing Director, Institutional Sales, from Merrill Lynch after 40 years of service. I am writing to you on behalf of my brother-in-law, Paul Belloisi.

I have known Paul for 34 years. He met my sister Marjorie (Mitzi), who is 15 years younger than me, when she was 17 years old, I am now 68 years old. Mitzi is truly a beautiful person and the best friend a sister could ask for. She is a kind, funny, compassionate and loving girl. She loves her family deeply and completely. Mitzi and myself are the only ones left on our side of the family. All of our immediate family have passed. We have each other, Paul, and the girls. For this I am very grateful. Paul's addition to our family was wholly welcomed. He is a supportive and kind man. He has pulled my sister and I through some very difficult times in our lives.

My sister, unfortunately, suffers from Schizophrenia and Bipolar I disorder. As most older siblings we all worry who our loved ones marry or choose as life partners. As a young man Paul impressed me that he was a humble, kind and thoughtful person. I clearly remember the joy and pride he felt when he was hired by American Lines. His goal in life was to have a family and a career that would enable him to provide a loving, stable home for his growing family, similar to the one that he grew up in. Unfortunately, despite his best efforts living with someone who is afflicted with these disease's it is almost impossible to accomplish. What would seem to be easy for most is not. People leave, even the best people, after years of turmoil and heartache. He has never faltered. He is a dedicated husband and father.

After the birth of their third child, Carolina, Mitzi's disease's seemed to manifest and progressively worsen. Her episodes of mania and delusional behavior were frightening and required several long term psychiatric hospitalizations. The most recent was July 2022. She was hospitalized for 7 or 8 weeks. She received ECT (electro shock therapy) and has been prescribed last resort medication for her illness. These events were not only frightening for me, but more importantly for her young daughters. Paul is the stabilizing factor in that home. His two older daughters have grown to be lovely, accomplished young ladies despite the continuous chaos that they grew up in due to their mothers illness and the behavior's that manifested because of it. Their youngest daughter, C████ has suffered the most. It is heartbreaking and devastating to witness someone you love go through such agony. My nieces are all lovely but have experienced the effects of Mitzi's illness. Paul's love for his family, his character, steadfastness and loyalty is one of the main reasons their daughters have thrived despite the emotional and psychological wounds they carry. Gianna, their oldest, is engaged and has certification in cosmetology. She is a Hair Stylist who has developed a large dedicated client base. Sabrina graduated Johnson & Whales University with a degree in Finance. She is married and is now expecting her first baby, a boy, in August of this year. We are all very excited about the baby. Carolina is a Freshman in High School and is receiving good grades.

United States v Paul Belloisi                                                                 1/2

Paul has always provided a stable, consistent, loving and supportive environment for my sister and my neices.

I need you to know that I am 68 years old and have been diagnosed with stage V Kidney Failure. Due to the possibility of Paul receiving a long term sentence, the fact that I may not be here for them long term leaves me heartbroken.

In 2013 I was diagnosed with stage 4 Bladder Cancer. After surgery and treatment for my Cancer, it was Paul who was there for me. Without my asking he never failed to care for me emotionally or support me in every way. Despite having his own worries and heartache he never forgot about me. Whether it was a visit, a phone call or to bring me a Carvel ice cream to encourage me to eat. He was there for me.

Paul has proven to me over the past 34 year's that he is a kind, caring and a genuine human being. I believe he deserves to be considered as this person. Not just the person who was convicted of the crimes he was charged with.

Your Honor, I humbly ask you to consider my letter and the person I know in your sentencing decision regarding Paul. Thank for your time & thoughtfulness.

Respectfully,

Robin D. Mattner

▮▮▮▮▮▮▮▮

Old Westbury, N.Y. 11568

**Acknowledgement**

State of New York

County of Nassau

On the 8th day of June in the year 2023, before me, the undersigned notary

public, personally appeared ___Robin D. Mattner___, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____  Notary Public

KYLE JULIEN
Notary Public - State of New York
NO. 01JU6310764
Qualified in Suffolk County
My Commission Expires Sep 2, 2026

United States v Paul Belloisi

2/2

November, 2023

Dear Hon. Judge Irizarry,

I write this letter on behalf of my brother, Paul, to give a lifetime of experience about him in a letter to hopefully help you better understand him. It is difficult to start with an ideal place to begin as we have a long loving and stable sibling relationship.  He was a defendant in Court, but that alone does not define him. He is a brother, father, son, uncle and friend.

We grew up in Queens and he is the youngest sibling out of three.  We come from a good home with loving parents and a childhood that was happy.  It seems inconsequential to even write that statement because it is so in contradiction to what has led us here.  Paul is the loving, funny and easy going out of us siblings. He is the youngest and truly embodied that younger brother status. He is very likeable and has a great sense of humor. He loved to make people laugh and his outgoing, friendly manner was infectious. He was always industrious and curious. He would always take apart things and put them back together so it is a no brainer that he would eventually pick a career to fulfill his propensity of fixing things. As a child he would take apart radios, phones and basically anything he could get his hands on. He would take apart the phones in the house telling my mother they were "staticy" and he could make it work better.  So, it was no surprise that he pursued a career as an Avionics Mechanic.  Paul's personality is a perfect match with the diversity of working in an airport.

Paul is very friendly and to him there are no barriers to where a person comes from or how he treats someone.  He has an easy-going manner that puts you at ease – you feel that he has known you all your life. Paul is compassionate and has a lot of empathy. I recall when he was younger, he came home one day with a new friend, a kid named Ray Del Rio.  Ray was a foster kid in the system from the Bronx and him and Paul immediately became friends.  How he met him, I have no clue, since we went to Catholic school and Ray was in public school, but the neighborhood was small and eventually you crossed paths with everyone.  Ray soon became a staple in our house and it was very common that a plate was automatically set for him at dinner. After a time, he asked my parents to adopt him explaining that even though Ray had sisters who were adopted, Paul wanted him to join and become a part of our family so Ray wouldn't feel that he was abandoned because Ray felt he "looked more Spanish than his sisters" and that was the reason Ray felt he was not adopted.

Another time when we were older, my husband and I rented a house in North Carolina and invited Paul and Mitzi to come for a couple of days. We were expecting them to arrive on Monday morning and they finally showed up late afternoon. Not unusual because my brother has never been on time a day in his life.  They told us how they got lost and wound up stopping at what they thought was a festival. They stopped to check it out and were met by some religious congregation looking to enroll new parishioners. He said they stayed for over an hour talking to the people, had hotdogs and then left.  We laughed and teased him how he was joining some backwoods cult. These situations are the norm for Paul and he has no problem speaking with people from all walks of life.

At the time Paul and Mitzi got married and were leaving on their honeymoon, he asked me to take care of his banking and accounts giving me information to access his banking. At the same time, my husband and I were purchasing a house and before Paul left on his honeymoon, he said if we need money at the Closing

for any unforeseeable reason, then to take whatever I needed and we would square it away when he got back.

When my son went off to college in Oneonta, he was in the habit of not calling everyday as I had envisioned that he would. Being he was the first of the kids to go away, obviously it was an adjustment for me especially and soon enough, I resigned myself to the fact that a text or call at 12:30 pm or 2:00 am was going to be the norm. One instance in the beginning of his freshman year, he had not called and I mentioned it to Paul. He took it upon himself to have Mitzi, him and C███ take a car ride early on a Sunday morning to go to Oneonta and pop in on him. We laugh about it to this day, how when he got there and Chris' roommate invited them in and roused my son from his sleep, he told C███ not to touch anything.

Shortly after the end of the trial this spring, my cousin Sandra called and stated that she wanted to come up from Florida to see Paul. I told her it was not a good idea at this time that everyone is trying to wrap their heads around the verdict at trial. I called my brother and asked him if he spoke to her and I told him I didn't think it was a good idea. His response was that "he didn't want to be mean to her". He still has the same loving, kind and funny personality as when he was younger and maturity and any curveballs life threw at him did not alter those traits. His willingness to help others is unrequited. The other day he called me because his friend locked his keys in this car in Bay Shore. He asked if I had AAA and without any qualm, I called AAA and to see if they would provide services. I trust him and gladly gave him the information so he can assist his friend. One thing that stuck with me at trial was when I heard the argument: "what's a L.I. guy doing in the South Bronx?" I was truly affronted by that statement- it bothered me to no end. Paul isn't a person that judges anyone based on where they live. We were raised in Queens and moved to Long Island, but there were never any limits to where he could or would go or where his friends came from. Paul thought nothing of hopping on the subway or driving to Brooklyn, NYC or the Bronx; all places where friends and family lived. He would think nothing of going to Washington Heights to help our cousin Sandra when she lived there when she was single and pregnant with her first child. He was not jaded or judgmental in that way. He always saw the good in people and is relentlessly selfless.

Our children are all close in age and we raised them together. Even though they are cousins, they are more like siblings to each other. Paul was always taking my daughters with him and his family on vacations, trips into the city from the St. Gennaro feast to the Puerto Rican Day Parade and thought nothing of taking all 4 of them with him just because he felt like it. He frequently made impromptu trips to Pio Pio for dinner and picked up my kids to go with them. When my husband worked late tours in NYPD, Paul would call me from the airport after his shift and ask me if I needed anything on his way home. If I needed a baby-sitter for the next day, he would always say yes and tell me to drop them off. We worked around our schedules to help each other and I cannot recall a time Paul ever said no. My kids love him and were always excited to spend time with him. My husband was a bit more organized and rigid where Paul was more carefree in certain aspects of parenting. We thought nothing of taking each other's children for a weekend. We never considered each other's parenting skills right or wrong but I always felt we provided the kids with aspects of both parental styles and personalities and what was lacking in one, the other provided. We worked off each other as a family unit.

Paul is not perfect and has had his share of ups and downs. As easy-going as Paul is, I now see him more and more depressed and anxious. The past several years have been a challenge. My sister-in-law, Mitzi, was going through some serious mental health issues, which none of us actually recognized. Mitzi was always vivacious and we just thought something was "off" about her at the time. We chalked it up to the fact

that she had C█████ (12 years apart from Sabrina) and the older girls were going on their own, Gianna moving out and Sabrina going off to Johnson & Whales in Providence, Rhode Island. Paul shouldered this on his own for some time not recognizing he needed support and professional assistance. He was taking care of his 3 daughters – C█████especially since she was very young. Paul was working full-time, taking care of his children all while trying to help Mitzi with what she was going through until it culminated into seeking professional assistance. When Mitzi was hospitalized, I took C█████on the weekends and other family members also stepped in to help during the week. While Mitzi was hospitalized, we took turns providing dinner, childcare, helping Sabrina navigate the college entry process, household chores and bill organization. He was worried about Mitzi and while we were helping, he kept on saying he didn't want to burden us since we had our 4 kids as well – who was going to college, who was getting married, etc. He worked late shifts at the airport so he could be home during the day to take care of his youngest daughter, C█████ Mitzi was hospitalized several times after the first occurrence and the last time she was hospitalized was in June, 2022 and was admitted for almost 2 months. She is on medication and Paul is the one who oversees her medical care and makes sure she takes her meds. He is now aware of what triggers to look for and get her back on track. Mitzi relies on him as her support person and confidant. They are definitely a duo and it is apparent that their relationship is a strong one. He stands by her selflessly and whole-heartedly. It's never "oh, Paul is coming" or "where is Paul" – it's "Paul and Mitz". There is no separation of the two, they are intertwined. They love and support each other very much and he has stood by her side taking care of her mental needs despite everything he himself is going through. They are committed to each other and he takes that very seriously and responsibly.

He adjusted his everyday routine according to his schedule especially if he was working nights. It became the norm for him and everyone who knew him, knew it. He carried on his usual routine according to his schedule. His days became "night" and his nights became "day" and whenever he could get sleep, he did. He thought nothing of calling me at 11pm or midnight to just talk because he knew I was a night owl. This became extremely apparent when he adjusted his schedule for his job and family commitments to be the primary care-giver and sole provider at a time when Mitzi could not. That's what he does – he steps up to help people and despite any shortcomings he may have, he always thinks of everyone's well-being.

Paul had worked for American Airlines for 30 years. We had talks of retiring together. His daughter recently got married and prematurely gave birth to her first child in July. I have 2 grandsons so we jokingly say we are on "round 2" of parenthood. How lucky that we raised our kids together and now we could see our grandchildren growing up together. We now talk about the pain this has caused everyone and how we can all move forward and prepare ourselves for the future no one could have anticipated. Paul has also expressed regret for his family particularly the grave repercussions of the charges and consequences it carries and how it will affect not only him but his immediate family.

The emotional and financial strain has had a profound effect on our family, not only for Paul as the sole-provider in his immediate family, but for us as well. My parents, at a time and age where they should be enjoying their life, have assisted Paul financially for his defense. My husband and I have also assisted financially and continue to help him and his family because he has been suspended without pay since the incident and recently terminated after the verdict. We gladly give him our support as we ultimately are helpless in any other aspect.

We are a close-knit family and every Sunday we have Sunday Dinner together. It doesn't matter if we saw each other the day before or during the week – Sunday is sacred and everyone gets together. If Paul didn't come on the Sunday, we would ask if they were coming and give him grief that he missed "Sunday Dinner".

He brings an element of love and laughter to our family.  My parents, who are now 82, always did and currently rely on him to maintain things around the house, change the oil/brakes in their cars, or go to Home Depot for something or other. If something needs to be done, he's the first one they think to call.  To say Paul's conviction and sentence changes the dynamics of our family will be an understatement. Paul is an integral part of our family. I worry greatly for my parents who are now 82 and most likely will not see him. I worry about my father that is now suffering anxiety and depression stemming from this situation. I worry for his girls whose relationship with him is the most dominant parental one, I worry for his unborn grandson that may not ever see him, I worry for his wife, who will be without a partner to share the everyday burdens of life.  I worry for myself and older brother that we will see all of this and it breaks my heart, but most of all I worry for Paul.  He doesn't know how to be "hard"- it's just not in his nature. The alleged acts are egregious to his character and hard for me to reconcile the two.  He has never been the type of person to do anything that would cause our parents and his family any significant disappointment. He does not like confrontation, nor does he like to hurt anyone's feelings. He is a peaceful person.  We grew up together and always lived closely and Paul has always led a positive lifestyle, studied and trained to pursue a career in avionics and is respected by family and friends. He was always helpful and kind to everyone and wouldn't think twice about helping someone. He has persevered through trying times with fortitude, loyalty and dedication.

My brother is not perfect.  He has had his share of challenges and struggles. I pray that I have given you some sort of semblance of the person I know all my life and respectfully request that you can consider these aspects of who he is when rendering his sentence.

Sincerely yours,

Stephanie McCall

Sworn to before me on this
13 day of _November_, 2023

Notary Public

REBECCA ROSENBERG
Notary Public, State of New York
No. 01RO6348429
Qualified in Suffolk County
Commission Expires September 26, 2020 2024

Gianna Belloisi

▮▮▮▮▮▮▮

Islip Terrace, NY 11752

**RE: Paul Belloisi**

Dear Honorable Judge, Dora L. Irizarry,

    I am Gianna Belloisi, the eldest of Paul Belloisi' s three daughters. Thank you so much for taking your valuable time to allow me to share the man I know and love so much.

    I first need to share that this is by far the hardest thing I've ever had to write in my life. The heartbreak my family has endured these past couple of years, I wouldn't wish on my worst enemy. It is very difficult to try to put into words and explain the man my father is. The simplest way to say it is that for the last 27 years of my life (my whole life), my father has been the most selfless, caring, and also hardworking person I have known or ever met. I wish anyone that doesn't know my dad, would get the chance to sit and talk with him, really get to know him personally, because it would take just a short time to see what his whole family, lifelong friends, neighbors, coworkers, acquaintances see: a genuinely kind soul with the biggest heart who will help others at his own expense. He would do anything for anyone. My father has always been, and still remains today, my hero, because of how he has always sacrificed himself for his family- for my mother and my sisters and I. He is the glue to our family, my role model, my teacher, my everything. What has happened with his case does not change who he is or the things he has done that have saved us and our family at many points throughout my life.

    As a little girl growing up, I always admired how hard working my dad was and wanted to be just like him; I followed him wherever he went. I did not like school very much and he recognized that, so he always made sure in the mornings to make me laugh and put me in a good mood before I started my day so I wanted go in with the right attitude. I never wanted to leave the house and go to school if he was still there because I wanted to be where he was and because he usually was at work most of the time and I wanted every second I could get with him before he went off to provide for our family. He always did my homework with me and made sure I was understanding it even though he would have worked a 15-hour shift and was exhausted. I will never forget all of the family vacations he took us on, quality time we spent together as a family. He was involved with everything we did, always, despite how hard he worked to provide for us. I remember countless field trips he went on with me or my sisters and how he always made sure he was always there for us. The memories we have created together are ones that I will never forget and be telling my children one day. I know that it is rare, and that I am lucky to have had a father who was always present and responsible and involved in my life, helping me experience the maximum joy and also there to support me and catch me when I would fall. Not every daughter has this relationship with their father. Our bond is very special and it is this side of my father that I know it is hard to see for those who only know him because of the case.

My dad has taught me so many of the important life lessons that I needed to know throughout the years. He taught me how to ride my first bike, tried to teach me how to fix everything like he can; he taught me to never give up on anything your passionate about and all hard work pays off. Who I am today is all because of him; he gave me motivation all throughout my school years and believed in me when no one else did.  He always makes sure his whole family or anyone he knows is good and taken care of before he ever even thinks of himself. He gives us the best life possible. I am so blessed to say that I can always count on him no matter what. He is the first one I call when something happens and whenever I need something he is there in a second, no hesitation. I would not be the person I am today without my dad. And I could not imagine a life without my dad or without his constant presence in it.

In 2017, my mom was diagnosed with bipolar and struggled with her mental health. All throughout her life she struggled with it. She was in and out of the hospital, an ongoing process trying to figure out different medications for weeks upon weeks. Unfortunately, it takes months, even years sometimes to get it right, with trial and error.  It is an ongoing process since then to make sure the medication is working correctly or needs adjusting. My dad always holds the family together and makes sure everything is getting done, on top of being in and out of the hospital making sure she was ok and getting the help she needed.  My little sister needed some stability, which my dad made sure and did the best he could. Putting everyone before himself like he always did barely sleeping at night. That will also take a toll on your mental health. A person can only do so much as he is only human. This was a difficult time in our lives but with the strength having my dad's support we can get through anything. We made the best of what we had. With family we could get through anything as long as we have each other, and for that I will be forever thankful for, not a lot of people can say that.

These last couple of years have put a pause on all of our lives and hung like a cloud over all of us. It's like time has stopped but the years are flying by. My 14-year-old sister, C▮▮▮▮▮ has been really negatively affected by all of consequences of this case and trial and the publicity that has come out about it. These are very crucial years for a young girl/woman and like my sister and I had, it is crucial that she have the support and guidance of our dad during this time in her life. She needs him; he is the person she looks up to the most. She needs him to be there for her first heartbreak, her sweet 16, learning how to drive, how to handle real life situations, a male figure in her life. It breaks my heart that she is not having the same childhood as I did when I grew up. Through all of this, C▮▮▮▮ adores her dad so much and looks up to him in every way possible.

The birth of my nephew was one of the best days of our lives. My dad has always wanted a boy in the family and always dreamed of this moment. I am so happy he was there for the birth of his first grandchild.  The love that was brought to our family that day was the light in a dark tunnel. My dad's first grandson, he was more than happy and excited. That baby lights up his world. The special bond they share the moment they lock eyes. The minute my nephew sees my dad he instantly smiles. He has three daughters so we finally have the boy in our family. As he grows up I know he will always look up to my dad, and he will teach him a lot.

I am sure from reading this and other letters from my sister and everyone in our family it is obvious that we love our dad more than words can possibly do justice to describe. I really

appreciate your time reading these letters and if you can find compassion for a family who needs this man who is the heart and soul. I wish you could know my father in a different context and I wish there were a way for me to describe the impact he has on our family or truly how sincere and loving he is. I have tried to do that to the best of my ability here and I thank you for your time in considering this statement when making your decision about the future for my dad and our family.

Sincerely yours,

Gianna Belloisi

Sworn to before me on this
20th day of December, 2023

Notary Public

NICHOLAS RYAN OLSEN
Notary Public - State of New York
NO. 01OL6432518
Qualified in Suffolk County
My Commission Expires May 2, 2026

**RE: Paul Belloisi, Sentencing Proceedings**

To: The Honorable Judge Dora L. Irizarry,

My name is Sabrina Belloisi and I am Paul Belloisi's daughter. These past four years have been tough, not only on my dad but our whole family. I know you don't know my dad personally but he is truly one of the most kind hearted, understanding, strong, and loving men that you will ever meet. He has been our rock through this whole process even though it is him going through it. Not only has he been our rock through this case that is so impacting his life, but throughout my whole life my dad has always been the person I could count on for anything.

He knows how to fix everything, whether that was a problem I was having in my personal life or if something was broken in my house that needed fixing he knows how to do it all. There's no one out there like my dad, he has so much loving support around him because of how good of a person he is. He would do anything to help someone out, whether it is a family member, a friend, or a complete stranger, my dad would literally give someone his last dollar if he knew they needed it.

I feel so blessed to have him as my dad. One memory that sticks out from my childhood is when my dad would pick me up from kindergarten, we had half days so no one else was home besides us. He would pick me up and we would go home to eat lunch and watch a movie, he would usually fall asleep since he worked nights but every day after school I would look forward to it because I love spending time with him. My dad taught me everything I know from riding a bike to helping me with my history homework that I didn't care about, he would always try to get me to like history like he did but I would just let him talk so he would eventually write down the answer for me.

All of us were so loved by him. Every weekend when we were younger, we would all try to convince my mom to let us have a movie sleepover in their room, we always won and she would be squished at the end of the bed but she secretly loved it also. I am so grateful for the childhood my dad has given me, from the love he has shared, to the memories he has created for our family. I will forever look up to him when it comes to raising my future family. My dad has set such strong expectations when it came to me finding my husband without him even knowing it. He isn't one to judge another person but to accept them for who they are, he welcomes everyone with open arms and will provide all the help he could give.

My family has gone through a lot. About eight years ago my mom was diagnosed with bipolar disorder causing black outs for months at a time and no one knew what was going on, what to do or how to snap her out of it. This has happened five times since 2016 and each time got harder as we were faced with placing her in mental health facilities multiple times. This was really hard on everyone, especially on my dad, seeing her so helpless in this terrible place where the doctors couldn't even figure out how to stop her manic episodes. This past year it had happened again and for me it was the worst one. I don't know how I would have gotten through it without my dad. At this time my parents were living with my fiancé and I and we were getting married that year. I was so scared my mom wouldn't be okay for the biggest day of my life. My dad reassured me that we would do everything possible to get her healthy before October came, as much as it hurt my dad to see my mom this way he was so strong for my sisters and I. He never left my mom's side in the hospital, he was there for every visit and would constantly be talking to doctors trying to figure out why the medicines weren't working this time. He was so strong when I knew he felt helpless as if he was doing it all wrong but, in my eyes, he couldn't have been handling it better. He was doing the best he could with everything that was going on.

This past Christmas (2022) my husband and I told our family that we were expecting a baby boy. I have never seen my dad so happy, seeing him go through these past couple years has been killing me but when I told him he was going to be a grandpa it seemed as if all his worries disappeared that day. His eyes lit up when he realized that I was pregnant, I told him not to tell anyone just yet as it was still early but he was so excited he started calling his friends to tell them the big news.

Having my dad here for my son's birth this past summer was extremely important to me and poignant for our family. I am extremely grateful to Your Honor that you gave us this opportunity. When I gave birth my son, my dad was able to be there as support which was so important to me and him. Aside from the tangible contributions such as ensuring our house is safe and secure for our baby boy, it is the intangible contributions that mean the world to me. When I was in labor, the only thing that put my mind as ease was my dad's support. He told me everything was going to be okay and hearing it from my dad's voice made me believe it 100x more.

The role that my dad will play in Nico's life is extremely vital considering he is the only grandfather he has. I am positive that Nico will grow up with his sights set on my dad as his role model. His calm demeanor and quick mind are already apparent and we are waiting for the day where he will become attached to my dad at the hip. My son should be able to continue to experience having the most amazing grandpa because he was the most amazing dad to me and he will enrich Nico's life each

day that they are able to spend together. My dad has the biggest heart and always puts his family first; it would be so heart-breaking for my son not to know his grandfather in any real way for many years.

I couldn't thank my dad enough for being that one person in my life who I could always count on. Everyone who walks into his life could tell you how genuine he is and how it is truly an honor to be in his presence, he never fails to make you laugh with his corny dad jokes or keep you entertained with his long stories. My dad is what keeps our family going and no matter how old I am I will always need my dad by my side.

Sincerely,

Sabrina Bellotsi

Sworn to before me on this
2?th day of December, 2023

Notary Public

Sarah E. Ilovic
Notary Public, State of New York
No. 01IL0008563
Qualified in Suffolk County
Commission Expires 5/24/2027

Daniel Rodriguez

███████████

Smithtown, NY 11741

**RE: Paul Belloisi**

To: Honorable Judge, Dora L. Irizarry
U.S. District Court, Eastern District of NY

I have known and admired my father-in-law, Paul Belloisi, for the last nine (9) years while dating and marrying his daughter, Sabrina. We have developed a strong father-and-son like bond and that has contributed to the way I view him as the incredible father he is and the even better man he is.

From the day I met Sabrina to now, every time she talks about her dad, her eyes light up and you can just see the admiration and confidence in her eyes. No matter if she was telling a funny story or even complaining about something, she always loved to talk about her dad, and rightfully so. He was always the most reliable, dependable, and put-your-mind-at-ease type of person that everyone always loved to be around. I could keep you here all day with stories but, let me start with a one that I always think about.

One time my brother and I were driving home from school, a 5-hour drive, and we ended up breaking down right on highway, a couple hours from home. We reached out to a tow company but, they were too expensive since it was on a highway, so they towed us to the nearest service road. We tried reaching out to so many people but, no one was able to take the time and help us out. Instead, it was Paul who drove the hours by himself to help my brother and I. I mean we were completely stranded on a busy service road with no money and a broken-down car. He called me, I described the problem to him over the phone, and he showed up with tools and car parts. He went under the car on the service road and started fixing it! He didn't even ask for anything in return and didn't even seem bothered to do this for us. He bought the parts himself and did all the work to my car after driving for hours after we called him, desperate and completely out of the blue. My brother and I still think about that to this day because it was nicest thing anyone has ever done for us. I wouldn't be surprised if Paul forgot about this because it was so second-nature for him to do things like this. For Paul, helping people, even in tremendously generous ways, is just second nature; it is who he is.

Like I said, I could keep you here all day with stories but, I think it's important in my statement for me to focus on the impact Paul has made in my life. Back in October 2022, when Sabrina and I got married, I lost my father the day after our wedding. In fact, I was the one who discovered him the very next morning. It was a traumatic and gut-wrenching event that I wasn't prepared to handle mostly because of how off-guard this caught me and everyone. This past 13 months without my father has been a scary new reality but, Paul has really helped me get through this period in my life. He was there for me when I needed it most, reassuring me that everything will be okay. He empathized with me, and he truly made me feel stronger to become a father myself. When I consider how difficult the last year has been for Paul himself, his focus and care and guidance to me during my own struggles is all that much more meaningful and special. I also believe this kind of selflessness and concern for others is so unique and such a demonstration of who Paul Belloisi is and the level of character and integrity he has.

Paul has told me on several occasions how I am the son he's never had, and this is something that means so much to me. We all moved in together over two and a half years ago after acquiring a house in Smithtown and I have been overjoyed to become a part of this family. Whether Paul and I are working on some project around the house or just watching some sports on TV, he's really been like a father to me. He gives me advice whenever I need it and he will always show up whenever I need help. His presence is truly a necessity for the functionality of our household.

Paul Belloisi is the image of a father that I want to replicate for my own kids. He never yells, he never puts anyone down, and he listens. The tremendous amount of knowledge he has and his ability to do just about anything is what I aspire to be like. The impact Paul has had on me and this entire family is immeasurable. Just his presence alone gives you a reassurance that everything will be okay. He knows how to fix just about anything, and he has a calm way of going about things in life.

I recall my feeling of terror when I was about to be a father and being truly scared of the responsibility that went with it. But knowing Paul is right downstairs just in case of anything was a big part of the relief I needed to find my bearings and my inner strength and as a father of an infant son now, I know that the example Paul has provided to me, will give me the inspiration I need to be a great father like he is.

Your Honor, I ask you to please consider the important role Paul Belloisi plays in the lives of many, especially to this family. He's the piece holding this entire family together and his absence would truly cause extreme hardship and suffering to so many. For this reason, I pray you may find compassion and mercy in deciding your sentence for Paul.

Thank you for taking the time to ready this.


Sincerely yours,


Daniel Rodriguez


Sworn to before me on this
20th day of December, 2023


Notary Public

Sarah E. Ilovic
Notary Public, State of New York
No. 01IL0008563
Qualified in Suffolk County
Commission Expires 5/24/2027

Marjorie Belloisi                                                    January 2024

████████████████

Smithtown, NY 11787

Dear Honorable Judge Irizarry

My name is Mitzi Belloisi and I am the wife of Paul Belloisi. I have attended every one of Paul's court appearances and was there throughout the trial last spring. Paul and I have been together for 36 years. He is the love of my life and my right-hand man.  He is, and always has been, an amazing husband and the most wonderful father I could have wanted for our daughters, Gianna 28, Sabrina 27 and  ██████  15. Our daughter Sabrina got married in October of 2022 and gave birth to our first grandson, N██  this past summer. We have been overjoyed to welcome our first grandchild and we adore him. But the joy for the whole family has been bitter sweet because we are all so well-aware of the pain that will be caused when Paul receives his sentence for Your Honor, assuming that it is true he well be sent to prison.

I am deeply dismayed at what has occurred.  It is so against Paul's nature and character to involve himself with something this.

Paul and I met in 1988 and what drew me to him was his outgoing personality and playful attitude, but more than those qualities, it was Paul's kindness and thoughtfulness that I fell in love with. At the end of my senior year of high school, my father was diagnosed with cancer and he died quickly after his diagnosis. I had lived with my father and his girlfriend, as my mother was seriously ill and lived in a medical facility out of state.  Unfortunately, there was no preparation for his untimely death and I was left with the responsibility of finding a home. Paul stepped in and help me find an apartment, assisted with my rent and emotionally supported me all the way through.  His family welcomed me with open arms.  He was 19 at the time and we were in the early stages of our relationship. My mother and I were not close and we really didn't have a relationship, but Paul being considerate and kind-hearted, he made sure we frequently made trips to Florida to see about her well-being and to help her out financially. Paul is known for being so kind-hearted that if any of my friends has a problem with almost anything they will call Paul for his help. Knowing him since he was a teenager, he has never been in trouble with the law, and he has never been violent or done anything that has endangered anyone.

I have been diagnosed with Bipolar 1 and schizoaffective disorder.  I have been hospitalized on three (3) different occasions, first in 2017, then again in 2019 and most recently June, 2022. Having this illness requires of loved ones a great deal of empathy, communication, and emotional awareness. Fortunately for me and for our girls, Paul has all of these qualities and then some, making him the most supportive partner for someone like me. Paul is also a

collaborative member of my treatment team. He has stepped up and taken on the role as my advocate, helping to communicate to my treatment providers what I am feeling when I am unable; he has worked with my doctors in getting me the best possible treatment and care; he handles medical insurance and financial paperwork that needs to be taken care with respect to my care and treatment. Paul has also handled all of the needs of our family and home, diligently caring for and supporting our daughters, especially our youngest daughter, Carolina, when I have been struggling the most. Paul has approached my illness as he approached everything else in life, with love, patience and a sense of humor. With my diagnosis and treatment needs, I have become dependent on Paul who has provided unending support, love and patience. I cannot imagine my life without him and his upcoming sentencing leaves me anxious and terrified beyond words. Each day is a struggle knowing the likelihood that we may lose him from our lives for any period of time.

Losing Paul's presence, support and the caring-taking does and all he means to me and our growing family would be a tremendous hardship that will devastate all of us. Paul always made our family his first priority. He is loved and respected. He is a hard worker and always puts his best efforts in anything he does.

I am begging your honor for leniency. Not only do I rely on Paul. his whole family depends on him for guidance. Especially our 14-year-old daughter Carolina. The impact of this news and the release of information in the media and on social media accounts has seriously affected her and caused her to be bullied and picked on in school. She is very much a daddy's girl and they have a very strong bond. It is impossible to express how deeply wounded Carolina would be if Paul is taken from her life.

It is my sincere hope that you are able take this letter into consideration at the time of sentencing. I am aware of the consequences of the charges against him and plead and pray for leniency. Despite this case, Paul is an honorable and kind person and I beg Your Honor to see and consider the person he is and deeply loved and needed he is.

Sincerely,

Mitzi Belloisi

Before ue ou this 11th day of January 2024 appeared Marjorie Belloisi

TIFFANY MARIE CURRY
Notary Public - State of New York
NO. 01CU6269427
Qualified in Suffolk County
My Commission Expires Sep 24, 2024

Dear Judge, Dora Irizarry,

    I am writing to you about my son, Paul who I was blessed with 55 years ago. I am of course, writing from a mother's perspective, to let you know what kind of person my son is.

    From the time he was a little boy, Paul has been kind and generous to everyone. It was a joy watching him grow up. He took his first steps when he was 7 months old and I knew then that he was special. He is caring and affectionate. As a young child, he would bring home stray animals to care for them and often in his adolescent years, there were many times, he extended that same level kindness friends who were having trouble in their lives or their families, so they would not go home to an empty house. For a young boy to be so thoughtful and caring for others is very rare.

    Paul has a great sense of humor and he was a good student in school who never gave me any reason for concern.  He has never been in any trouble with the law at any time in his life before.  Paul was always a respectful and loving individual before anything else, that is how is family and friends all saw him and it is how we continue to see him today.

    Paul married Mitzi at the age of 24 and they have raised 3 lovely daughters, the youngest whom is just 15 years old still. They have a special bond, and C█████ relies on him for so much.  She still needs Paul in her life, every day, and the older girls need him as well. He has just become a grandfather for the very first time this past summer. I have seen Paul go through ups and downs in life and he has always come across as a person who was steadfast, resilient and caring for others before being concerned with himself. Paul has often had to carry the load for the whole family himself, especially during the last several years when Mitzi has struggled with her mental health and required multiple hospitalizations. Instead of complaining, he has just taken on more and more and more to make sure the girls have everything they need and that his wife is getting all of the best care and treatment available. I know this has caused him to sacrifice his own well-being at many points and true to who Paul, is, he thinks nothing of it and just wants his girls and his wife to be healthy and happy.

    I was completely shocked and dismayed when I heard the allegations against him and cannot believe that he is capable of committing this crime. Paul is honest and hardworking and has a clean record for over 50 years of his life.  Paul has spoken to me about this case and the consequences of the verdict and has expressed concern for us and his family and is beside himself worrying about us.  He has expressed his grief and anguish over the entire situation and the pain it has caused to all of us who love him and need him in our lives.

It is my hope that you take this letter into consideration at the time of sentencing.  I am 82 years old and don't know how many years I will have. At this state of my life, I need my son more than he needs me. My husband and I rely on Paul to do household maintenance and repairs, help us with the yard and pool and drive us long distances. Paul really is our caretaker at this point in our lives. I am aware of the consequences of the charges against him and pray and plead for your mercy and leniency for Paul and our family.

Respectfully submitted,

*Carol Belloisi*

Carol Belloisi

Sworn to and Subscribed before me,
this the 18th day of December 2023

*Marcela*

MARIELA A. LEONE
Notary Public, State of New York
No. 01LE6403479
Qualified in Suffolk County
Commission Expires January 27, 2024



Smithtown, NY 11787

To the Honorable Judge, Dora I. Irizarry

My name is C███████ and I am Paul's youngest daughter. My dad is the best dad ever; he does so much for my family and I. Ever since I was little, he has always taken me on adventures and he has created so many memorable experiences for me that I am so grateful for. He always puts me, my mom, and my sisters first, before think of himself. My dad is the most caring father anyone could ever ask for. He never fails to make me laugh, and he is always there for me when I need him no matter how big or small the problem is I have always been able to count on him to fix it. He is a good person and everyone who meets him and gets to know him could tell you how caring, thoughtful and generous he is. I am so proud to call him my dad.

One of my favorite memories of my dad is when he would take me to Adventureland. I love spending time with him. He would often chaperone my school field trips and he was the most accessible and friendly parent there; everyone loved him and his jokes. No matter what we do together it is always the best time, even when he just picks me up from school. I always look forward to the rides home with him, his long stories and random fun facts he shares with me.

I don't know what I would do without him. I see other kids my age without a dad and everyday I'm grateful because I have an amazing dad who would do anything for me. I feel so loved and I know I am cared for and that my father has a good heart. I need my dad to stay in my life more than I could possibly ever explain in words. My dad is selfless, and very patient. He always has a smile on his face for me and my family even through the toughest of times. My mom and dad have gone through a lot over this year and it makes me really sad but my dad has always been so strong and always does his best to make me happy. My dad has been my biggest support system throughout my whole life but especially these past few years, it was really hard on me to see my mom struggle with her mental health but my dad was my rock

through it all. He has taught me a lot of life lessons and I couldn't even imagine how my life would be without him.

It is unbearable to think of my father being taken away from our family, from my Mom and me and my sisters and nephew—his first grandson born this summer, who all need him so much every day. I beg that you are able to find compassion and mercy in considering what is fair for my father and that the wonderful person he has been his whole life and all the people that love and depend on him, count as important parts of your decision.

Sincerely,

C█████ B█████

Sworn to before me on this
20th day of December, 2023

Notary Public

Sarah E. Ilovic
Notary Public, State of New York
No. 01IL0008563
Qualified in Suffolk County
Commission Expires 5/24/2027

November, 2023

Dear Honorable Judge, Dora Irizarry

**RE: Paul Belloisi**

Your honor,

    I am writing this letter on behalf of my uncle, Paul Belloisi, to let you know about who he is and who he has been in my life, before you decide the sentence for him in January of next year. I want to thank you for taking the time to read and consider this statement and my point of view, in making your very important and impactful decision for our my uncle and our whole family.

    Growing up, my uncle was someone who I could always look up to. I can recall, through so many different occasions and occurrences, always knowing and understanding how my uncle was a hardworking and dedicated family man. For example, I slept over at my aunt and uncle's house quite often and remember my aunt telling my cousins and I to try to be quieter in the morning because my uncle, Paul, was trying to get just some sleep after working all night at the airport. Even though he worked long hours, uncle Paul always made time for his family and put his daughters, my cousins, before anything. He was never someone that exposed us to anything criminal or dangerous ever at any time in all the years I spent growing up around him and in his home.

    I have many wonderful memories playing sports outdoors with my uncle and cousins, going to amusement parks, and all kinds of school events also.    Summers were spent swimming and grilling together. It was well known in our family that you could always count on uncle Paul to make you laugh at family gatherings. Jokes and good times aside, my uncle Paul is also someone I can rely on in any situation, from car troubles to serious life advice he has given me many times over the years and as I have grown up.

    Despite the mistakes my uncle has made that put him in this terrible position he is in right now, I can state with certainty, knowing him my whole life, that he is a responsible, kind, and dependable man. As a father, husband, brother, son, uncle, and now as a grandfather,

Paul Belloisi is needed at home by so many who love and depend upon him. My aunt also needs him tremendously in her ongoing struggles with her mental health and well-being. Our whole family will be suffering an enormous and ever-present loss if he is sentenced to prison long term and taken from our lives for many years.

Once again, Your Honor, I want to thank you for considering this perspective and this statement in support of leniency and compassion in your sentencing decision for my uncle, Paul Belloisi.

Sincerely yours,

Stefania Belloisi

Sworn to before me on this
15 day of November 2023

Notary Public

Kristin A. Howard
Notary Public, State of New York
No. 01HO6152314, Suffolk County
Commission Expires Sept. 5, 2026

Joseph Griffin

████████████

Islip Terrace, NY 11752

To the honorable Judge Dora L. Irizarry,

My name is Joseph, Paul Belloisi's daughter's fiancé. I've known Paul for almost 10 years now. I'll never forget the first day I met him. Gianna, his daughter and my fiancé, would always talk so highly about her dad, so going into it I was very nervous about meeting him. Mainly because I wanted him to like me. The first day I met him I'm not too sure why I was so nervous in the first place because he was the easiest person to talk to; he made me so comfortable in his house and he was very funny and outgoing. I could see where his daughter gets her amazing personality from. Immediately we clicked and I thought to myself I'm so blessed to get to be a part of this family. I also noticed right away in knowing him that he was such a hardworking individual. Paul would work 12 hours at the airport, come home to eat dinner with us and then go right back into work for overtime. There were many times when it seemed like he never slept. He did this to make sure that his family could live the greatest life they could ever wish for because he was the provider for everyone.

At personal level, Paul is also the one who encouraged me to take the job I currently have now and have been at for the last 10 years. When I first got offered the job I wasn't sure if I should take it due to the long hours but Paul sat me down and told me that in the long run it will pay off. He could not have been more right and I will be forever grateful to him for giving me that important advice. If it wasn't for him, I wouldn't have the job I have. He treated me like his own son and always has. We relate to each other in a lot of ways and he told me that I remind him of himself when he was younger. I love going over for regular Sunday family dinners and bonding with Paul, whether it's as simple as playing darts, looking at cars together, fixing things around the house, going to Home Depot and buying things for the house.

A couple of years ago I asked his permission to marry his daughter. It is my favorite memory because of the happiness I had, knowing I was marrying into an amazing family with nothing but love. I knew that when I asked to marry Gianna I would

be so lucky to marry into a family with unconditional love and an amazing father-in-law- something not a lot of people get to say. Gianna and I dream about our wedding day often and it cannot be the wedding of our dreams or even a real wedding as we would consider it, without her being walked down the aisle and given away by Paul. As I understand it, most girls' dream is to have their dad by their side when they get married and I know that is the case with Gianna. It is truly heartbreaking to think that she may lose this experience she has dreamed of and thought about her whole life.

I've always looked up to Paul's marriage with Mitzi because I grew up with divorced parents. Seeing the way Paul truly loves his family and would do anything for them has set such a great example for me for my future. This man goes above and beyond every day to make sure his family is happy. Gianna has had to call Paul multiple times at all hours of the night when I'm at work and she's had car issues and he doesn't hesitate to rush to her aid. He is there within minutes. Whenever anyone needs him he drops what he is doing and rushes over. This is the type of man I want to be; that I aspire to be. Paul has shown me the type of husband and father I want to be and I can never repay the debt of gratitude I owe him for showing me that even though he did so just by being himself.

The very idea of losing Paul is devastating to our family. We rely on Paul to guide us through life with his knowledge and his heart because of how much he cares about all of us. We wouldn't be where we are today without Paul. I ask for you to please consider the role Paul plays in my family's life as well as his own family's life when considering the proper sentence to impose.

Sincerely,

Joseph Griffin

Sworn to before me on this
8ᵗʰ day of _December_, 2023

Notary Public

MICHELLE KETTLE
Notary Public, State of New York
No. 01KE6329868
Qualified in Suffolk County
Commission Expires August 31, 2027

December 2023

Lisa Spurlin

████████████████

Tampa, Florida 33647

Dear Hon. Irizarry,

I am writing to provide a character reference for Paul Belloisi. I have had the pleasure of knowing Paul for my entire life, a span of over 47 years. During this time, I have witnessed Paul grow from a kind, generous child who saved his allowance to buy me, his little cousin, tons of stickers for her serious collection, to a warm, loving, compassionate husband, father, uncle and son. Paul is a person of strong character and integrity, with a deep sense of loyalty and dedication to his family. He is always willing to lend a hand and support those around him. I have never seen him engage in any behavior that would compromise his values or ethics. He is dependable, trustworthy, and reliable. I have no doubt that he would always act in the best interest of others.

In addition to his ethical qualities, Paul is also an individual with a strong sense of empathy and altruism. He was a strong support for my sister when she lost her husband. Always calling to check in on her and make sure she was okay. He was there to listen when she needed someone to talk to, lifting her up when she was in despair. He is patient, understanding, and treats everyone with kindness and respect.

Paul is also a person of great skill and talent, whether it comes to helping his mom repair a broken dishwasher or his cousin put together a crib for her newborn baby. He has also demonstrated his ability to excel in his professional pursuits and has been committed to taking care of his family throughout his life.

I wholeheartedly vouch for Paul Belloisi as a person of outstanding character. He is a true asset to any community or organization. I have no doubt he will continue to make valuable contributions to society.

Paul is a good person and has never previously been in trouble or hurt anyone, ever in his life.

Thank you for taking the time to read my letter and considering any leniency and compassion when sentencing him.

Sincerely,

1/5/2024

Lisa Spurlin

CONNIE L. ROSETE
Notary Public, State of Florida
Commission# HH 384954
My comm. expires July 25, 2027

Connie Rosete

Dear Judge Irizarry,

My name is Sandra Terra and I am the first cousin to Paul Belloisi. Paul is the older cousin. As a kid he was the cousin that I could talk to about anything. When my parents got divorced, we probably saw more of each other because every Monday when my dad picked us up in the Bronx after school, we would drive an hour to Long Island and stay there at my aunt's house (Paul's mother is sister to my dad) until about 8pm when my dad would drive me and my brother back home. We played cards and watched tv.

Years later, Paul became the godfather to my daughter and was there when I got married. When my husband and were having marital problems, Paul offered to come to Florida and help get my husband through some very difficult times as he was relapsing. My husband Danny loved and respected Paul. Danny needed to get into rehab. Paul wanted to come talk to him but most importantly he listened when Danny was talking. Paul never judged Danny the way so many others did. My husband died from an overdose.

Hearing the horrific news of these accusations Paul of which was accused and has now been convicted, is a complete and total shock. I know from knowing him all my life, that my cousin is a great human being. Paul is true husband, father, son, brother, uncle, cousin and friend to all the people he loved, even strangers. When I started my nonprofit to help families who's loved ones are affected by addiction Paul was so supportive and asked how he could help.

Paul has always been there for his wife and kids. Whether it was a promotion at work for Mitzi, taking the kids to school events, driving them to their friend's houses, being there when the kids needed to talk or not talk, he had a way of listening to them and coming out with some funny, witty, or just food for thought. The kids sometimes rolled their eyes but they heard it and they knew Paul cared about them. This family is very tight knit, Your Honor. Paul Belloisi is the glue that holds this family together.

Sincerely yours,

Sandra Terra

Sandra Terra

State of Florida )
                   ; ss
County of Hillsborough

Sworn to before me this 1st day of
December , 2023

Christina M. Vess

CHRISTINA VESS
Notary Public - State of Florida
Commission # HH 078822
My Comm. Expires Jan 7, 2025
Bonded through National Notary Assn.

Dear Honor Judge, Irizarry

I am writing this letter for my uncle and Godfather, Paul Belloisi. The charges against my uncle have shocked our entire family. The crime does not reflect the honest and responsible dedicated person we all know. It is difficult to imagine how and why this could have happened. Paul has never exhibited behavior that would put anyone at risk and in fact he is someone that I always felt made situations better, calmer and safer. Paul has positively impacted my life since I was a small child and he helped me grow into the person I am today.

I greatly admire and seek to emulate my uncle's selflessness. He makes people laugh when he knows they need it. He raises all our spirits of spirits, even the hardest and toughest of times. He lends a helping hand whenever it is needed and regardless of who is asking for help. I remember spending time with my cousins as a child. I always looked forward to visiting Uncle Paul's house. He'd tell us jokes, cook for us, take us to the movies. He worked on airplanes and made them safe. I thought that was cool. He taught me that kindness and dedication to career and to family will get you far in life. There are decades of memories with him that I cherish. Paul supported me the best way an uncle and a Godfather could. I am fortunate to have grown up with such a positive influence.

In adulthood, my love admiration for Paul has only grown. I know him to be a reliable family man. As a successful second-generation American, Paul is someone I look up to more and more every day. In my family, the lines between immediate and extended are often blurred. He was with me nearly as much as the people I lived with.

His presence at the family table each Sunday will be gravely missed, assuming he is sentenced to a prison term. It is heart-breaking for me to think about the devastating impact of Paul absence, for as long as Your Honor decides is needed, on my aunt, Mitzie, and on my cousins, Gianna, Sabrina and C▓▓▓▓who are in great emotional turmoil about his upcoming sentencing.

Despite the ugliness of this situation, I know Paul is still a good person. I hope this letter communicates the type of man I know my uncle to be and is able to count for something in Your Honor's consideration of the just outcome to this case.

Sincerely yours,

*Christopher McCall*

Christopher McCall

Sworn to before me on this
17 day of *November* , 2023

Notary Public

REBECCA ROSENBERG
Notary Public, State of New York
No. 01RO6348429
Qualified in Suffolk County
Commission Expires September 26, 2020

Rachael McCall

Commack, NY

Dear Judge Irizarry,

I am writing this letter on behalf of my uncle, Paul Belloisi. I want to bring to light the kind of person he is and the person that I have known my whole life despite my knowledge the serious charges that he was convicted of earlier this year. My Uncle Paul is a caring, faithful and dedicated person. I grew up and was raised alongside his daughters who are my cousins (Gianna, Sabrina and C▮▮▮▮▮, and being so close in age with both Gianna and Sabrina, we have been raised to be as close as sisters. During my childhood, you could count on me being at my Uncle Paul's house almost every weekend spending time with them. If I look back, some of my favorite childhood memories are at their house, for events or just passing the time with my cousins and my Uncle Paul. It was a safe, warm and inviting environment where there were always children and family over. There were always fun and engaging activities to do, and my Uncle was always there to support and protect us. I believe it was consistently this way because my Uncle wanted to create the type of environment where his children could truly thrive. He really did put the family and us children first.

I grew up watching how he'd engage with my cousins. He is a loving and supporting father and has always wanted what was best for his children; his dedication to his family was always a priority. I had watched him help the girls with homework numerous times. He would get excited about the girls' school projects and encouraged and celebrated when they received good grades. He would also help us join summer reading programs at the public library and he always supported my cousins' pursuit of their passions - whether it was cooking classes, basketball games, track events or pageants... you name it, Uncle Paul was always there to support not only their growth and development, but mine as well.

I am grateful for my Uncle because he not only considered his responsibility as a parent and guardian, but to me and my siblings too. He was kind enough to take my sister and I on family trips and join in family outings. His acts of love, inclusion and thoughtfulness through my experience as a young person have directly influenced my life. His love for his daughters and commitment to them is reflected in the passionate, well-rounded and respectful women they are today. I believe it is through his loyalty, love and support for all of us that we were able to grow and develop the way we have as it is a reflection of his time, dedication and character—it took a village to raise all of us, and I am happy to say that Uncle Paul had a crucial role in that.

I cannot stress enough the shock I encountered when I learned about his arrest and the charges. Uncle Paul is hard working and there was rarely a time where I'd come over and he didn't have to go to work or was coming from work. This impressed me when I was young as I knew him to be a loyal and diligent worker in his field, a trait that has influenced me as I got older. It is also safe to say the toll this entire situation and the result at the trial have taken on both my cousins and family (as we are all trying to cope with this grievous situation) is beyond comprehension even at this point.

I know my Uncle Paul to have great integrity in all facets of his life. Given the circumstances, I know it could be difficult to think that way, but it is the truth I know and I continue to stand behind because I know him and have known him my whole life. What I hope to offer in writing this letter to you is to provide a different perspective on my Uncle Paul than the one I am sure you have received to this point through the charges and evidence and trial. I am very aware of the charges and the penalties he is facing

and I can only plead with you for mercy, leniency and some type of consideration of my words here in thinking about what is right and what you must do. I know my Uncle Paul to be an honest, caring and invaluable member of our society who has helped shaped all of us and our lives for the better.

Lastly, I do want to take a moment to thank you, Your Honor, for taking your time in reading this statement and taking it into consideration.

Sincerely,

Rachael McCall

Sworn to before me on this
17 day of _November_ 2023

Notary Public

REBECCA ROSENBERG
Notary Public, State of New York
No. 01RO6348429
Qualified in Suffolk County
Commission Expires September 26, 2024

Theresa Pepe

████████████

Commack, NY 11725

May, 2023

**RE: Paul Belloisi, Sentencing Hearing**

Dear Honorable Judge Irizarry,

I, Theresa Pepe, am writing this letter on behalf of the defendant, Paul Belloisi. I have known Paul since childhood and have always found him to be a very caring, hard-working, and loving son and brother. I have watched him grow up to be a supportive, loving, selfless, and devoted husband and father. Paul, and his wife, Mitizi, are also expecting their first grandchild in the coming months. Paul has always been there for his parents, his siblings, his wife, and his children. More than anyone I know, I can attest that he is a hardworking, trustworthy, reliable, and responsible man who has always been decent, caring and well-mannered in all the many years I have known him.

To say I was shocked to hear of his arrest and the charges against him is an understatement. The Paul Belloisi that I know does not have the character to do something like this. He has always taken his job and career very seriously, as he has a family to support and take care of. He has always been reliable and has an impeccable record for the past 30 years at his place of employment. Paul and his family grew up right next door to my family and they are a family that you could always count on and would be there for my parents in times of need. Paul's parents and siblings were like a second family to me. I have watched him grow into the man he is today; I attended his wedding and watched him bring three beautiful girls into the world who absolutely adore him. I have witnessed his love for his family during celebrations where they have invited me and when I have invited them to my celebrations.

To this day, I believe Paul Belloisi is an honorable individual, a valuable member of his community, and an overall good human being. I realize that this may seem hard to believe, given the circumstances, but it is, nevertheless, the truth. I have known Paul and his family for over 50 years, we have been through good times and bad, difficulties in life, but I know for a fact that he is a decent person at the core. I hope that this is recognized and the life he has lived and the man he has been throughout that life will count substantially in his favor at this time. I hope with all my heart that the power the Court holds with regard to Paul and his family's future is applied with grace and compassion and that a truly fair decision is made.

Thank you for taking the time to read and consider this statement on Paul's behalf.

Sincerely yours,

*Theresa Pepe*

Theresa Pepe

Sworn before me
this 31 day of May 2023

*[signature]*

VIVIANA R FITZGERALD
Notary Public, State of New York
No. 01FI4967764
Qualified in Nassau County
Commission Expires August 13, 2026

Deborah LoCicero
Hauppauge, NY 11778

Autumn 2023

**RE: Paul Belloisi, Sentencing Hearing**

Dear Honorable Judge Irizarry,

I have known Paul Belloisi for over 28 years. I met Paul when I moved to Suffolk County next door to his sister, Stephanie McCall. In a short period of time I met Stephanie's whole family, Paul being one of them. They are a close family. Paul was always friendly, kind and helpful to anyone at any time.

During get-togethers, he was always the first to help with the kids, the cooking and the setting up or cleaning up. He is an absolutely wonderful person and always eager and available to help anyone. He is an especially loving and caring human being. In my opinion, anyone who is lucky enough to get to know Paul would find he is an amazing husband, brother, father, son, uncle and, of course, friend to so many people.

I was shocked and heartbroken to hear of his arrest and the charges against him. Based on all my years of knowing him and the depth of our relationship, I can attest that Paul does not have the character to do something like this. He is a gentle soul. He has never been in trouble and has always been respectful or rules, laws and social norms as well. I have seen how he is a dutiful father and husband at all times, even in the hardest of times. He was also proud of his job and full of life and funny stories that endeared him to not just me but everyone who comes in contact with him.

I pray that the Court shows compassion when sentencing him.

Thank you for considering my statement on Paul's behalf.

Sincerely yours,

Deborah LoCicero

Notary Public

11/15/2023

SUSAN E KURAU
NOTARY PUBLIC-STATE OF NEW YORK
No. 01KU6349573
Qualified in Nassau County
My Commission Expires 10-17-2024

June 14, 2023

Phil Goerler

████████████████

Dix Hills, NY 11746

███████████████ com

The Honorable Dora L. Irizarry

U.S District Court, Eastern District of New York

Dear Judge Irizarry,

 I have been a close friend of Paul Belloisi and his family for the better part of twenty-five years. My wife is Godmother to his youngest daughter C██████ and has known his wife Marjorie since they were children. We have shared all of life's most important moments together; the birth of our children and their subsequent birthdays, Baptisms, Confirmations, and even the tragedy of loved ones that have passed too soon. Paul is someone that always finds the humor in even the most mundane situations, and always was there to lend a hand to anyone that needed it. I needed Paul an awful lot. When my first child was born, Paul came to my house to make sure I knew how to put the child safety seat in correctly. I never forgot that. I later paid that forward and taught the same to two other expecting fathers. When his wife was ill and in the hospital for an extended period of time, Paul took care of both his wife's needs and his children's. His youngest was 6 at the time. Between the demands of his job and the care of his wife, I'm not sure he slept at all. As I am writing this letter, I had to look at the old pictures on my phone as he walked his daughter house to house for Halloween during that stressful time. He never let it show that he was overwhelmed, always smiling for her. I find myself overwhelmed now as I look back.

Paul is and always has been a family man. He and his wife have raised three beautiful and accomplished daughters, one of which got married last year and is pregnant with their first grandchild, a boy. Paul's wife needs him, his three children need him and his grandson will need him.

I can't speak to what happened that put Paul in this position and respect the Court's decision. I am hoping and praying that Paul can be granted your leniency. He's a good man and deserves a chance to be a better man, to provide for his family and make something of a second chance.

With Regards,

Phil Goerler

State of _____New York_____ )ss.:

County of _____Nassau_____ )

On the __14th__ day of __June__ in the year _2023_ , before me, the undersigned notary public, personally appeared _Phil Goerler_ , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____Sharlene Zechariah_____ Notary Public

SHARLENE ZACHARIAH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-ZA6099367
Qualified in Nassau County
Commission Expires November 23,2023

November 2023

Dear Honorable Judge Irizarry and all whom are reading this letter,

I have met Paul Belloisi when I was 27 years old. I am now 44.

When I first met Paul, it was because I met his lovely wife Mitzi at an old job. Mitzi and I were mortgage bankers and from the moment her and I met we became very close as she is like an older sister to me.

I will never forget the day I met Paul, as I strategically took off of work throughout the summers one day a week so that I can have a day off during the week. I spent those days and that summer at Paul and Mitzi's house. The very first time I met Paul, Mitzi and I were swimming in their pool and Paul came out to give Mitzi a kiss to have a great day as he was going to work. I will never forget that day because I knew from watching their kiss and the small talk they exchanged, just how much they love one another.

From that moment forward our relationship became very much like family with Mitzi and Paul and their children. Paul behaves like a big brother to me. Paul always tells me the honest truth when I need advice and he always is very forthright with me.

Paul and I became just as close as Mitzi and I. I truly do not know of Paul having ANY bad in him.

As our friendship moved forward through the years I have so many memories with Paul. From jokes to serious life issues. Paul raised his children being honest, caring and loving and I have photographs and memories of birthdays and holidays and random days of Paul being Paul. A great friend and amazing dad, Paul's Mom and Dad and his whole family are sincere people, just as Paul is. When I was diagnosed with cancer, none of my friends showed up at the hospital. I will never ever forget who walked through those hospital doors-- it was Paul. Yes,

Mitzi came too and I know Mitzi loves me but it was Paul who pushed her to come because she was scared to see me sick.

Paul is a great man, friend, dad, son, father and a husband. I truly pray the court finds that Paul is not a bad person. He is far from bad and one of my best friends in the world.

Sincerely,

*Jennifer Weisman*

Jennifer          S.
Weisman-Secce

*Signed and all in the pres by Jennifer Leman on 12/11/23.*

STEPHAN M. LELO
No. 01LE6164340
Notary Public, State of New York
Qualified in Nassau County
My Commission Expires April 7, 2024