2-4-20

# AIRCRAFT ASSIGNMENTS

| ACFT | INBD FLT # | ARVL TIME | DEPART FLT | DEPART TIME | ETR | AIRCRAFT LOCATION |
|---|---|---|---|---|---|---|
| 7CC | | | | | | SPOT 1 |

BELLOISI / TI       AHMED / MDCR       PENA / SEAT 1L
F NUNEZ             NG      DOOR      KUTIC   HANDLE

| ACFT | INBD FLT # | ARVL TIME | DEPART FLT | DEPART TIME | ETR | AIRCRAFT LOCATION |
|---|---|---|---|---|---|---|
| | | | | | | |

| ACFT | INBD FLT # | ARVL TIME | DEPART FLT | DEPART TIME | ETR | AIRCRAFT LOCATION |
|---|---|---|---|---|---|---|
| | | | | | | |

| ACFT | INBD FLT # | ARVL TIME | DEPART FLT | DEPART TIME | ETR | AIRCRAFT LOCATION |
|---|---|---|---|---|---|---|
| | | | | | | |

GOVERNMENT EXHIBIT
103
20-CR-219 (DLI)